### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| OFFICER ONE, OFFICER TWO and ) | TRIAL BY JURY DEMANDED |
| OFFICER THREE, ) | |
| ) | |
| Defendants. ) | |

### RULE 11.3 CERTIFICATE OF INTEREST

The undersigned, counsel of record for Commerce Bank N.A., plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

1. Commerce Bank N.A.

2. Not applicable.

3. James P. Ginzkey
   221 E. Washington St.
   Bloomington, IL 61701
   (309)821-9707  fax: (309)821-9708

|   April 19, 2006   | s/James P. Ginzkey |
|---|---|
| Date | James P. Ginzkey |
| | Bar Number: 3124355 |
| | Attorney for Plaintiff |
| | 221 E. Washington St. |
| | Bloomington, Illinois  61701 |
| | Telephone: (309)821-9707 |
| | Fax: (309)821-9708 |
| | E-mail: jim@jimginzkey.com |