E-FILED
Thursday, 01 June, 2006  02:51:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06 CV 1103 |
| | ) |
| UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

**RULE TO SHOW CAUSE**

NOW COMES, plaintiff, COMMERCE BANK, N.A., administrator of the Estate of David Green, deceased, by its attorney, James P. Ginzkey, and for its Rule to Show Cause states as follows:

1. On April 20, 2006, plaintiff served a subpoena on Charles Brueggmann and Illinois State Police as shown on attached Exhibit A.

2. Plaintiff's subpoena was delivered and the return receipt signed acknowledging receipt on April 24, 2006, as shown on attached Exhibit B.

3. Plaintiff's subpoena commanded Charles Brueggmann and Illinois State Police to produce on May 8, 2006, at 9:00, for inspection and copying at 221 E. Washington St., Bloomington, Illinois, the following documents and objects:

> Any/all evidence, including but not limited to the field report, documents, photographs, videos, statements, diagrams, drawings, bullets, firearms, tissue samples and laboratory tests related to:

• the investigation and events leading up, at the time of,

    and following the issuance and execution of a search warrant on the property at 27368 East Birds Corner Road, Glasford, Fulton County, Illinois, on June 23, 2005; and

•  any subsequent investigation into the shooting incident which resulted in the death of David L. Green.

(See Subpoena for Deposition of Records Attachment attached to Exhibit A).

  4. Charles Brueggmann and Illinois State Police have failed to comply with the subpoena.

  5. Neither Charles Brueggmann nor Illinois State Police appeared at the time and place commanded and each has failed to produce the documents and objects requested.

  WHEREFORE, plaintiff prays that an Order be entered against Charles Brueggmann and Illinois State Police to show cause why they should not be held in contempt of Court.

          Commerce Bank N.A., Plaintiff

          By: s/ James P. Ginzkey
            James P. Ginzkey
            Bar Number: 3124355
            Attorney for Plaintiff
            221 E. Washington St.
            Bloomington, Illinois 61701
            Telephone: (309)821-9707
            Fax: (309)821-9708
            E-mail: jim@jimginzkey.com

I:\CLIENTS\Green (Commerce Bank)\RuleShowCauseISP.wpd

⸺AO88  (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF

V.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]

TO:

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
|  |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
             DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the mmmdemanding party to contest the claim.

**Subpoena for Deposition of Records Attachment**

Any/all evidence, including but not limited to the field report, documents, photographs, videos, statements, diagrams, drawings, bullets, firearms, tissue samples and laboratory tests related to:

- the investigation and events leading up, at the time of, and following the issuance and execution of a search warrant on the property at 27368 East Birds Corner Road, Glasford, Fulton County, Illinois, on June 23, 2005; and

- any subsequent investigation into the shooting incident which resulted in the death of David L. Green.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SPRINGFIELD, IL 62794       OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0701 |
| Certified Fee | 2.40 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KPRN3N |
| Total Postage & Fees | $ 4.64 | 04/20/06 |

Sent To: Charles Brueggmann ISP
Street, Apt. No.; or PO Box No.: 125 E. Monroe, Rm. 201
City, State, ZIP+4: Springfield, IL 62794

PS Form 3800, June 2002       See Reverse for Instructions

7003 3150 0002 7270 9830

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Charles E. Rrueggmann
    Illinois State Police
    125 E. Monroe, Rm. 201
    Springfield, IL 62794

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X   Illinois State Police     ☐ Agent
       125 E. MONROE, P.O. BOX 19461   ☐ Addressee
B. Received by (Printed Name)  SPRINGFIELD, IL 62794-9461     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   *Mike Lauterbach* (signature)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 3150 0002 1270 9830

PS Form 3811, February 2004    Domestic Return Receipt D/ Green    102595-02-M-1540

EXHIBIT B