IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06 CV 1103 |
| | ) |
| UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served a copy of the following:

- Rule to Show Cause
- Notice of Electronic Filing

by enclosing the same in an envelope addressed to:

TO: Charles Brueggmann
Illinois State Police
125 E. Monroe, Room 201
Springfield, IL 62794

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock P.M. on the **1st** day of **June, 2006**.

The said document(s) were filed with the Court and this Notice is filed with the Court showing the documents were mailed on the date as stated above.

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green (Commerce Bank)\CertServRuleShowCause.wpd