IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) |
| -vs- | ) No. 06-1103 |
| UNKNOWN OFFICERS, | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE**

COMES NOW the respondent, Charles E. Brueggemann, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby responds to the rule to show cause filed by the plaintiff. In support thereof, the following statements are made.

1. Plaintiff filed the instant complaint on April 19, 2006.

2. Plaintiff issued a subpoena to Charles E. Brueggemann on April 20, 2006.

3. Rule 26(d) of the Federal Rules of Civil Procedure sets forth that "[e]xcept in categories of proceedings exempted from initial disclosure under Rule 26(a)(1)(E), or when authorized under these rules or by order or agreement of the parties, a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

4. The case at bar is not exempt from initial disclosures as set forth in Rule 26 of the Federal Rules of Civil Procedures, since it does not fall within any of the categories listed in Rule 26(a)(1)(E)(i) through 26(a)(1)(E)(viii).

5. The timing of the issuance and service of the subpoena was not otherwise authorized by the Federal Rules of Civil Procedure.

6. At the time of the issuance and service of the subpoena, plaintiff had not requested leave of court to serve the subpoena, nor had this Court authorized the issuance or service of the subpoena.

7. No parties had been served with a summons and copy of the complaint, nor had any parties been served with a request for waiver of summons.

8. Colonel Brueggemann did not agree to be served with the subpoena.

9. The Federal Rules of Civil Procedure specifically prohibit plaintiff from issuing and serving the subpoena for which it now seeks a rule to show cause.

10. The motion for rule to show cause should be denied.

11. A memorandum of law in support of the instant response to plaintiff's motion for rule to show cause is submitted herewith.

WHEREFORE for the above and foregoing reasons, respondent, Charles E. Brueggemann, respectfully requests this honorable Court to deny the plaintiff's motion for rule to show cause.

Respectfully submitted,

CHARLES E. BRUEGGEMANN,
    Respondent,
LISA MADIGAN, Attorney General,
State of Illinois,

By:   /s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Respondent
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us
#6200462

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 06-1103 |
| | ) |
| UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

### Certificate of Service

I hereby certify that on June 5, 2006, I electronically filed a Response to Motion for Rule to Show Cause with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
Jim@jimginzkey.com

and I hereby certify that on June 5, 2006, I mailed by United States Postal Service, the document to the following nonregistered participant:

None

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us
#6200462