IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 06-1103 |
| | ) |
| UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO SERVE OBJECTIONS TO SUBPOENA
ISSUED TO CHARLES BRUGGEMANN ON APRIL 20, 2006, INSTANTER**

COMES NOW the respondent, Charles E. Brueggemann, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 45(c)(2)(B) hereby respectfully requests leave to file objections to the subpoena issued to and served upon him on April 20, 2006, instanter. In support thereof, the following statements are made.

1. Plaintiff filed the instant complaint on April 19, 2006.

2. Plaintiff issued a subpoena to Charles E. Brueggemann on April 20, 2006.

3. The subpoena was promptly sent to the undersigned along with a request for representation.

4. The undersigned misread the subpoena and erroneously neglected to send objections before the return date on the subpoena.

5. The subpoena was issued and served upon the respondent prior to the commencement of discovery, which is prohibited by the Federal Rules of Civil Procedure.

6. The defendants in the case should be served with a copy of the complaint and have the opportunity to object to any discovery requested by the plaintiff or should have the opportunity to request that the same discovery be served upon them at the time the discovery is served upon the plaintiff.

7. The defendants have neither been served nor have waivers of summons been sent to them.

8. The proposed objections are attached hereto and incorporated by reference herein. *See* Exhibit #1.

9. If this motion is allowed instanter, Charles E. Brueggemann will serve the objections upon the plaintiff forthwith.

10. No prejudice will come to the plaintiff, since the subpoena was issued and served in violation of the Federal Rules of Civil Procedure.

WHEREFORE for the above and foregoing reasons, respondent, Charles E. Brueggemann, respectfully requests this honorable Court allow him to object instanter to the subpoena issued to and served upon him by the plaintiff on April 20, 2006.

    Respectfully submitted,

    CHARLES E. BRUEGGEMANN,

      Respondent,

    LISA MADIGAN, Attorney General,
    State of Illinois,

By: /s/Karen L. McNaught
    Karen L. McNaught
    Assistant Attorney General
    Attorney for Respondent
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217) 782-1841
    Facsimile: (217) 524-5091
    kmcnaught@atg.state.il.us
    #6200462

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) No. 06-1103 |
| UNKNOWN OFFICERS, | ) ) ) |
| Defendants. | ) ) |

### Certificate of Service

I hereby certify that on June 5, 2006, I electronically filed a Motion for Leave to Serve Objections to Subpoena Issued to Charles Bruggemann on April 20, 2006, Instanter with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
Jim@jimginzkey.com

and I hereby certify that on June 5, 2006, I mailed by United States Postal Service, the document to the following nonregistered participant:

None

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us
#6200462



E-FILED
Monday, 05 June, 2006  04:43:17 PM
Clerk, U.S. District Court, ILCD
EXHIBIT

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 06-1103 |
| | ) |
| UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

**OBJECTIONS TO SUBPOENA
ISSUED TO CHARLES BRUGGEMANN ON APRIL 20, 2006**

COMES NOW the respondent, Charles E. Brueggemann, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 45(c)(2)(B) hereby objects to the subpoena issued to him on April 20, 2006. In support thereof, the following statements are made.

**REQUEST:**

Any/all evidence, including but not limited to the field report, documents, photographs, videos, statements, disgrams, drawings, bullets, firearms, tissue samples and laboratory tests related to:

–the investigation and events leading up, at the time of, and following the issuance and execution of a search warrant on the property at 27368 East Birds Corner Road, Glasford, Fulton County, Illinois, on June 23, 2005; and

–any subsequent investigation into the shooting incident which resulted in the death of David L. Green.

**RESPONSE:**

Respondent objects to the production of these documents on the grounds that the defendants have not been properly served, nor have proper waivers of summons been executed and served upon the defendants; this proceeding is not exempted from the categories of proceedings for which there need not be initial disclosures made pursuant

to Rule 26(a)(1)(E); this subpoena is not otherwise authorized under the Federal Rules of Civil Procedure; there is no Court order that allows discovery prior to the discovery conference as set forth in Rules 26(d) and 26(f) of the Federal Rules of Civil Procedure; and neither the parties nor Charles Brueggemann have agreed to conduct discovery prior to that time as set forth in Rule 26(d) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    CHARLES E. BRUEGGEMANN,

    Respondent,

    LISA MADIGAN, Attorney General,
    State of Illinois,

By:  /s/Karen L. McNaught
    Karen L. McNaught
    Assistant Attorney General
    Attorney for Respondent
    500 South Second Street
    Springfield, IL 62706
    Telephone: (217) 782-1841
    Facsimile: (217) 524-5091
    kmcnaught@atg.state.il.us
    #6200462

**CERTIFICATE OF SERVICE**

Karen L. McNaught, Assistant Attorney General, herein certifies that she has served a copy of the foregoing Objections to Subpoena Issued to Charles Bruggemann on April 20, 2006, upon:

> James P. Ginzkey
> Attorney at Law
> 221 E. Washington Street
> Bloomington, IL 61701

by mailing a true copy thereof at the address referred to above in an envelope duly addressed bearing proper first class postage and deposited in the United States mail at Springfield, Illinois on June 5, 2006.

_____
Karen L. McNaught
Assistant Attorney General