**E-FILED**
Monday, 19 June, 2006  09:37:52 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case  No. 06 CV 1103 |
| | ) | |
| UNKNOWN OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **Friday, June 16, 2006** I served a copy of the following:

- **Plaintiff's Reply to Brueggemann Response**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Karen L. McNaught
> Illinois Attorney General
> 500 S. Second St.
> Springfield, IL 62706

> Commerce Bank N.A., Plaintiff

> By:_____s/ James P. Ginzkey_____
> James P. Ginzkey
> Bar Number: 3124355
> Attorney for Plaintiff
> 221 E. Washington St.
> Bloomington, Illinois  61701
> Telephone: (309)821-9707
> Fax: (309)821-9708
> E-mail: jim@jimginzkey.com

I:\CLIENTS\Green (Commerce Bank)\CertServReplyBrueggemannResponse 6 19 06.wpd