E-FILED
Friday, 11 August, 2006  04:41:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No. 06-CV-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**ANSWER TO AMENDED COMPLAINT**

COME NOW the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby answer the amended complaint filed by the plaintiff. In support thereof, the following statements are made.

1. Defendants admit that the amended complaint is brought pursuant to 42 U.S.C. §1983 and that plaintiff has alleged a violation of the fourth and fourteenth amendments to the United States Constitution. Defendants deny that they violated the fourth and fourteenth amendments to the United States Constitution. Defendants admit that Michael Widger, Brian Gray, and Christopher Carmichael, are officers employed by the Department of Illinois State Police. Defendants admit that 28 U.S.C. §§1331 and 1343 are the appropriate jurisdictional statutes. Defendants deny the remaining allegations of ¶1 of the Amended Complaint.

2. Defendants admit that one or more of the defendants shot and killed David Green. Defendants deny the remaining allegations contained in ¶2 of the Amended

Complaint.

3. Defendants admit the allegations contained in ¶3 of the Amended Complaint.

4. Defendants have insufficient knowledge of the allegations contained in ¶4 of the Amended Complaint.

5. Defendants admit the allegations contained in ¶5 of the Amended Complaint.

6. Defendants admit the allegations contained in ¶6 of the Amended Complaint.

7. Defendants admit the allegations contained in ¶7 of the Amended Complaint.

8. Defendants admit the allegations contained in ¶8 of the Amended Complaint.

9. Defendants deny David Green was disoriented. Defendants admit the remaining allegations contained in ¶9 of the Amended Complaint.

10. Defendants admit they had no arrest warrant for David Green. Defendants deny the remaining allegations contained in ¶10 of the Amended Complaint.

11. Defendants deny the allegations contained in ¶11 of the Amended Complaint.

12. Defendants deny the allegations contained in ¶12 of the Amended Complaint.

13. Defendants deny the allegations contained in ¶13 of the Amended Complaint.

## COUNT I

Defendants have moved to strike Count I of the Amended Complaint and therefore no answer is made at this time.

## COUNT II

16. Defendants repeat and reallege the answer as set forth in ¶¶1-13 of their answer to the Amended Complaint as though it was fully set forth herein.

17. Defendants deny the allegations contained in ¶17 of the Amended Complaint.

18. Defendants deny the allegations contained in ¶18 of the Amended Complaint.

19. Defendants deny the allegations contained in ¶19 of the Amended Complaint.

### AFFIRMATIVE DEFENSE

At all times relevant to plaintiff's complaint, defendants acted in good faith in the performance of their official duties and without violating plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

### COUNT III

20. Defendants repeat and reallege the answer as set forth in ¶¶1-13 of their answer to the Amended Complaint as though it was fully set forth herein.

21. Defendants deny the allegations contained in ¶21 of the Amended Complaint.

### AFFIRMATIVE DEFENSE

At all times relevant to plaintiff's complaint, defendants acted in good faith in the performance of their official duties and without violating plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

### COUNT IV

22. Defendants repeat and reallege the answer as set forth in ¶¶1-13 of their answer to the Amended Complaint as though it was fully set forth herein.

23. Defendants deny the allegations contained in ¶23 of the Amended Complaint.

24. Defendants deny the allegations contained in ¶24 of the Amended Complaint.

**AFFIRMATIVE DEFENSES**

1. Defendants are immune from liability on plaintiff's state law claims pursuant to the doctrine of public official immunity.

2. Defendants are immune from liability on plaintiff's state law claims pursuant to the doctrine of sovereign immunity.

3. The State of Illinois is the real party in interest to this claim and, therefore, the claim is barred by the eleventh amendment to the Constitution of the United States.

4. The shooting of David Green was justified as a matter of state law.

**COUNT V**

25. Defendants repeat and reallege the answer as set forth in ¶¶1-13 of their answer to the Amended Complaint as though it was fully set forth herein.

26. Defendants deny the allegations contained in ¶26 of the Amended Complaint.

27. Defendants deny the allegations contained in ¶27 of the Amended Complaint.

28. Defendants deny the allegations contained in ¶28 of the Amended Complaint.

29. Defendants deny the allegations contained in ¶29 of the Amended Complaint.

**AFFIRMATIVE DEFENSES**

1. Defendants are immune from liability on plaintiff's state law claims pursuant to the doctrine of public official immunity.

2. Defendants are immune from liability on plaintiff's state law claims pursuant to the doctrine of sovereign immunity.

3. The State of Illinois is the real party in interest to this claim and, therefore,

the claim is barred by the eleventh amendment to the Constitution of the United States.

4.    The shooting of David Green was justified as a matter of state law.

WHEREFORE for the above and foregoing reasons, defendants, Michael Widger, Brian Gray, and Christopher Carmichael, respectfully request this honorable Court to enter judgment, together with costs, in their favor and against plaintiff.

>Respectfully submitted,
>
>MICHAEL WIDGER, BRIAN GRAY, AND CHRISTOPHER CARMICHAEL,
>
>>Defendants,
>
>LISA MADIGAN, Attorney General
>State of Illinois,
>
>>Attorney for Defendants.
>
>By: s/Karen L. McNaught
>>KAREN L. McNAUGHT, #6200462
>>Assistant Attorney General
>>500 South Second Street
>>Springfield, IL  62706
>>Telephone: 217/782-1841
>>Facsimile: 217/782-8767
>>E-Mail: kmcnaught@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, I electronically filed Defendants' Answer to Amended Complaint and Affirmative Defenses with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> James P. Ginzkey
> 221 E. Washington Street
> Bloomington, Illinois 61701
> Jim@jimginzkey.com

> Respectfully submitted,
> s/Karen L. McNaught
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL  62706
> (217)782-1841
> (217) 524-5091 (facsimile)
> kmcnaught@atg.state.il.us
> #6200462