IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 06-CV-1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) ) ) ) |
| Defendants. | ) |

## MOTION TO STRIKE

COME NOW the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, moves this honorable Court to strike Count I of the Amended Complaint and the claims for punitive damages made under Counts IV and V of plaintiff's complaint.

In support thereof, it is stated:

1. Plaintiff has brought this action as administrator of the estate of David Green who was shot and killed during the execution of a search warrant.

2. Counts I and II of the complaint are both brought pursuant to 42 U.S.C. §1983 and claim that David Green was subjected to an unreasonable seizure.

3. The only difference between Counts I and II is that one seeks damages under the Wrongful Death Act (740 ILCS 180/1 *et seq.*) and the other seeks damages under §27-6 of the Probate Act (755 ILCS 5/27-6)(This paragraph is commonly known as the "Survival Act").

4. While in 42 U.S.C. §1983 actions federal courts will borrow certain provisions of state law, including state law on survival of actions, the various provisions of state law which are borrowed do not give rise to separate causes of action.

5. Count I is redundant of Count II and should be stricken.

6. Plaintiff seeks punitive damages under both federal and state law.

7. The pendent claims for punitive damages do not survive the death of David Green as a matter of state law.

8. Plaintiff cannot recover punitive damages on Counts IV and V.

WHEREFORE for the above and foregoing reasons, defendants, Michael Widger, Brian Gray, and Christopher Carmichael, respectfully request this honorable Court to strike Count I of the amended complaint and the claims for punitive damages made under Counts IV and V of plaintiff's complaint.

        Respectfully submitted,

        MICHAEL WIDGER, BRIAN GRAY, AND CHRISTOPHER CARMICHAEL,

            Defendants,

        LISA MADIGAN, Attorney General
        State of Illinois,

            Attorney for Defendants.

By: s/Terence J. Corrigan
    TERENCE J. CORRIGAN, #6191237
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone: 217/782-5819
    Facsimile: 217/524-5091
    E-Mail: tcorrigan@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed Defendants' Motion to Strike with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James P. Ginzkey
>221 E. Washington Street
>Bloomington, Illinois 61701
>Jim@jimginzkey.com

>Respectfully submitted,

>s/Terence J. Corrigan
>Assistant Attorney General
>500 South Second Street
>Springfield, IL  62706
>(217)782-5819
>(217) 524-5091 (facsimile)
>tcorrigan@atg.state.il.us
>#6191237