**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| COMMERCE BANK, N.A., )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| UNKNOWN OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **Friday, August 25, 2006** I served a copy of the following:

- **Plaintiff's Response to Motion to Strike**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Karen L. McNaught               Terence J. Corrigan
> Illinois Attorney General        Illinois Attorney General
> 500 S. Second St.                500 S. Second St.
> Springfield, IL 62706            Springfield, IL 62706
> kmcnaught@atg.state.il.us        tcorrigan@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:      s/ James P. Ginzkey
         James P. Ginzkey
         Bar Number: 3124355
         Attorney for Plaintiff
         221 E. Washington St.
         Bloomington, Illinois  61701
         Telephone: (309)821-9707
         Fax: (309)821-9708
         E-mail: jim@jimginzkey.com

I:\CLIENTS\Green (Commerce Bank)\CertServResponseMotionStrike 8 28 06.wpd