E-FILED
Friday, 20 October, 2006  09:48:37 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| UNKNOWN OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **Friday, October 20, 2006** I served a copy of the following:

- **Scheduling Order**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Karen L. McNaught | Terence J. Corrigan |
| Illinois Attorney General | Illinois Attorney General |
| 500 S. Second St. | 500 S. Second St. |
| Springfield, IL 62706 | Springfield, IL 62706 |
| kmcnaught@atg.state.il.us | tcorrigan@atg.state.il.us |

Commerce Bank N.A., Plaintiff

By:      s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green (Commerce Bank)\CertServSchedulingOrder 10 20 06.wpd