**E-FILED**
Tuesday, 26 December, 2006  02:46:31 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06 CV 1103 |
| UNKNOWN OFFICERS, | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, certify that I served a copy of the following:

● **Plaintiff's Rule 26 Initial Disclosures**

by enclosing the same in an envelope addressed to:

> Karen L. McNaught
> Illinois Attorney General
> 500 S. Second St.
> Springfield, IL 62706

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock p.m. on the **26th** day of **December, 2006**.

The originals of said document(s) were not filed with the Court and this Notice is filed with the Court showing the documents were mailed on the date as stated above.

> Commerce Bank N.A., Plaintiff
>
> By:    s/ James P. Ginzkey
> James P. Ginzkey
> Bar Number: 3124355
> Attorney for Plaintiff
> 221 E. Washington St.
> Bloomington, Illinois  61701
> Telephone: (309)821-9707
> Fax: (309)821-9708
> E-mail: jim@jimginzkey.com