**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

```
COMMERCE BANK N.A., as              )
administrator of the Estate of      )
David Green, Deceased,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    Case No. 06-cv-1103
                                    )
CHRISTOPHER CARMICHAEL, et al.,     )
                                    )
        Defendants.                 )
```

## ORDER

    Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. 25] on the Defendants' Motion to Strike filed on August 11, 2006 [Doc. 18]. The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. § 636(b)(1). Failure to timely object constitutes a waiver of any objections. See <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999); <u>Video Views Inc. v. Studio 21 Ltd.</u>, 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Defendants' Motion to Strike [Doc. 18] is GRANTED IN PART only with respect to the punitive damages sought in Counts IV and V and DENIED IN PART with respect to Count I. The instant matter shall proceed in this Court in compliance with the Report and Recommendation of the Magistrate Judge.

    Entered this <u> 12th </u> day of February, 2007.

                                                     <u>  s/ Joe B. McDade  </u>
                                                      JOE BILLY McDADE
                                      United States District Judge