IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06 CV 1103 |
| | ) | |
| UNKNOWN OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS**

I, James P. Ginzkey, certify that I served a copy of the following:

- **Plaintiff's First Set of Interrogatories to Defendant Brian Gray**
- **Plaintiff's First Set of Interrogatories to Defendant Michael Widger**
- **Plaintiff's First Set of Interrogatories to Defendant Christopher Carmichael**
- **Plaintiff's First Request for Production Directed to Defendants Michael Widger, Brian Gray and Christopher Carmichael**

by enclosing the same in an envelope addressed to:

> Karen L. McNaught
> Illinois Attorney General
> 500 S. Second St.
> Springfield, IL 62706

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock p.m. on the **21st** day of **February, 2007.** The originals of said document(s) were not filed with the Court and this Notice is filed with the Court showing the documents were mailed on the date as stated above.

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
       James P. Ginzkey
       Bar Number: 3124355
       Attorney for Plaintiff
       221 E. Washington St.
       Bloomington, Illinois 61701
       Telephone: (309)821-9707
       Fax: (309)821-9708
       E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **February 21, 2007,** I served a copy of the forgoing document by enclosing the same in an envelope with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, on:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:    s/ James P. Ginzkey
>      James P. Ginzkey
>      Bar Number: 3124355
>      Attorney for Plaintiff
>      221 E. Washington St.
>      Bloomington, Illinois  61701
>      Telephone: (309)821-9707
>      Fax: (309)821-9708
>      E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServDiscReq2-21-07.wpd