IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-CV-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO COMPEL**

COME NOW the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby move to compel the responses to discovery served upon the plaintiff. In support thereof, the following statements are made.

1. On November 29, 2006, defendants, Michael Widger, Brian Gray, and Christopher Carmichael, served interrogatories upon the plaintiff. *See* Exhibit ##1, 2, 3.

2. On November 29, 2006, defendants, Michael Widger, Brian Gray, and Christopher Carmichael, served a request to produce upon the plaintiff. *See* Exhibit #4.

3. Plaintiff failed to timely respond to the discovery requests served by Michael Widger, Brian Gray, and Christopher Carmichael.

4. When the discovery responses were not served by counsel for the plaintiff, the undersigned contacted the office of plaintiff's counsel in early February 2007.

5. Counsel for plaintiffs was unavailable, but a member of his staff indicated that the responses would be forthcoming.

1

6. Responses were served on February 13, 2007, but were incomplete. *See* Exhibit ##5, 6, 7, 8.

7. The undersigned personally consulted by telephone with counsel for the plaintiff on February 16, 2007, and identified the paragraphs where the responses were incomplete and the reasons that the undersigned believed that more complete responses should be given.

8. Counsel for the plaintiff requested that the undersigned send a letter containing the information discussed on February 16, 2007.

9. The undersigned sent counsel for the plaintiff a letter on February 23, 2007. *See* Exhibit #9.

10. Defendants will be prejudiced, if they are not given full and complete responses to their discovery requests.

11. It will be difficult to determine which witnesses, if any, need to be deposed.

12. Further, plaintiff did not timely object to the discovery requests, and therefore have waived any such objections.

13. As such, defendants respectfully request that plaintiff be compelled to fully respond to the discovery requests served by the defendants.

14. A memorandum of law in support of the instant motion is submitted herewith.

WHEREFORE, for the above and foregoing reasons, defendants, Michael Widger, Brian Gray, and Christopher Carmichael, respectfully request that this honorable Court

compel plaintiff to respond to the interrogatories and request to produce served on November 29, 2006.

                Respectfully submitted,

                MICHAEL WIDGER, BRIAN GRAY, AND CHRISTOPHER CARMICHAEL,

                    Defendants,

                LISA MADIGAN, Attorney General
State of Illinois,

                    Attorney for Defendants.

By:   s/Karen L. McNaught
      KAREN L. McNAUGHT, #6200462
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone: 217/782-1841
      Facsimile: 217/524-5091
      E-Mail: kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-CV-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
jim@jimginzkey.com

Respectfully submitted,

s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
kmcnaught@atg.state.il.us