IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-CV-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

COME NOW the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an enlargement of time up to and including, April 23, 2007, within which to respond to plaintiff's discovery. In support thereof, the following statements are made.

1. Defendants' response to plaintiff's interrogatories and request for production of documents are due in this matter March 23, 2007.

2. The undersigned is in the process of conferring with defendants and additional time is necessary in order to complete discovery responses.

3. The defendants require an additional thirty days to complete discovery responses.

4. This motion is not made for the purpose of delay.

5. If the responses are completed before April 23, 2007, the undersigned will not delay in serving the responses.

6. Opposing counsel has indicated that he had no objection to a thirty day enlargement to respond to discovery, if the undersigned would agree to allow opposing counsel an enlargement of time of thirty days from April 1, 2007, to name any additional parties upon the review of defendants' discovery responses.

7. The undersigned has no objection to allowing the plaintiff an extension of time to and including May 1, 2007, to name any additional parties.

WHEREFORE, for the above and foregoing reasons, defendants respectfully request additional time up to, and including, April 23, 2007, to respond to plaintiff's discovery in this cause.

        Respectfully submitted,

        MICHAEL WIDGER, BRIAN GRAY, AND CHRISTOPHER CARMICHAEL,

            Defendants,

        LISA MADIGAN, Attorney General
        State of Illinois,

            Attorney for Defendants.

By:   s/Karen L. McNaught
      KAREN L. McNAUGHT, #6200462
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone: 217/782-1841
      Facsimile: 217/524-5091
      E-Mail: kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-CV-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
jim@jimginzkey.com

Respectfully submitted,

s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
kmcnaught@atg.state.il.us