**E-FILED**
Tuesday, 27 March, 2007  03:32:05 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case  No. 06 CV 1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, certify that I served a copy of the following:

- **Plaintiff's Supplemental Answers to Carmichael Interrogatories**
- **Plaintiff's Supplemental Answers to Widger Interrogatories**
- **Plaintiff's Supplemental Answers to Gray Interrogatories**
- **Plaintiff's Supplemental Response to Defendants' First Request to Produce**

by enclosing the same in an envelope addressed to:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock p.m. on the **27th**  day of **March, 2007**.

The originals of said document(s) were not filed with the Court and this Notice is filed with the Court showing the documents were mailed on the date as stated above.

Commerce Bank N.A., Plaintiff

By:_____ s/ James P. Ginzkey_____
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com