IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-CV-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

COME NOW the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an enlargement of time up to and including, April 30, 2007, within which to respond to plaintiff's request for production of documents. In support thereof, the following statements are made.

1. Defendants' response to plaintiff's request for production of documents are due in this matter April 23, 2007.

2. The undersigned has produced many of the records, but needs to send a written response to the individual paragraphs in the request.

3. In addition, some documents may need to be produced.

4. The defendants may need an additional seven days to complete the responses.

5. This motion is not made for the purpose of delay.

1

6.  If the responses are completed before April 30, 2007, the undersigned will not delay in serving the responses.

7.  Opposing counsel has indicated that he had no objection to the enlargement to respond to discovery, if the undersigned would agree to allow opposing counsel the same number of days taken to respond to the discovery to name any additional parties upon the review of defendants' production.

WHEREFORE, for the above and foregoing reasons, defendants respectfully request additional time up to, and including, April 30, 2007, to respond to plaintiff's request to produce in this cause.

Respectfully submitted,

MICHAEL WIDGER, BRIAN GRAY, AND CHRISTOPHER CARMICHAEL,

   Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

   Attorney for Defendants.

By:   s/Karen L. McNaught
      KAREN L. McNAUGHT, #6200462
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone: 217/782-1841
      Facsimile: 217/524-5091
      E-Mail: kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-CV-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I electronically filed Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
jim@jimginzkey.com

Respectfully submitted,

s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
kmcnaught@atg.state.il.us