IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )  No. 06 -1103 |
|  | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
|  | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

**TO:**

| Karen L. McNaught | William Arndt | Malcom Reporting |
| Illinois Attorney General | 18324 E. Richardson Rd. | 10 Hodgehaven Circle |
| 500 S. Second St. | Canton, IL 61520 | Bloomington, IL  61704 |
| Springfield, IL 62706 | | |

**DEPONENT(S):**   **William Arndt**

**PLACE:**   **Fulton County Sheriff's Department**
**268 W. Washington Ave.**
**Lewistown, IL   61542**

**DATE & TIME:**   **Tuesday, June 12, 2007 at 1:00 p.m.**

       Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

JAMES P. GINZKEY                                              _____
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   Fax:  (309)821-9708

**PROOF OF SERVICE**

       I, **Shawntelle Thornton**, a non-attorney* certify:  that I served the above document by mailing a copy to counsel of record, and depositing the same in the U.S. mail at or about the hour of 5:00 p.m. in Bloomington, Illinois on **May 1, 2007** with proper postage prepaid.

[*]     Under penalties as provided by law pursuant to 735 ILCS 5/1-109
                                                                                            Date:      May 1, 2007
       I certify that the statements set forth herein are true and correct.

                                                                                            _____