**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) No. 06-1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served a copy of the following:

- **Notice of Deposition of Jeff Standard**

by enclosing the same in an envelope addressed to:

| Karen L. McNaught | Jeff Standard | Malcom Reporting |
| Illinois Attorney General | Fulton County Sheriff's Department | 10 Hodgehaven Circle |
| 500 S. Second St. | 268 W. Washington Ave. | Bloomington, IL 61704 |
| Springfield, IL 62706 | Lewistown, IL 61542 | |

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock P.M. on the **1st** day of **May**, **2006**.

    The originals of said document(s) were not filed with the Court and this Certificate of Service is filed with the Court showing the documents were mailed on the date as stated above.

                                      Commerce Bank N.A., Plaintiff

                                      By:      s/ James P. Ginzkey
                                               James P. Ginzkey
                                               Bar Number: 3124355
                                               Attorney for Plaintiff
                                               221 E. Washington St.
                                               Bloomington, Illinois 61701
                                               Telephone: (309)821-9707
                                               Fax: (309)821-9708
                                               E-mail: jim@jimginzkey.com