## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 06 -1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served a copy of the following:

- **Notice of Deposition of William Arndt**

by enclosing the same in an envelope addressed to:

| | | |
|---|---|---|
| Karen L. McNaught | William Arndt | Malcom Reporting |
| Illinois Attorney General | 18324 E. Richardson Rd. | 10 Hodgehaven Circle |
| 500 S. Second St. | Canton, IL 61520 | Bloomington, IL  61704 |
| Springfield, IL 62706 | | |

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock P.M. on the **1st** day of **May**, **2006**.

    The originals of said document(s) were not filed with the Court and this Certificate of Service is filed with the Court showing the documents were mailed on the date as stated above.

                                              Commerce Bank N.A., Plaintiff

                                              By:      s/ James P. Ginzkey
                                                         James P. Ginzkey
                                                         Bar Number: 3124355
                                                         Attorney for Plaintiff
                                                         221 E. Washington St.
                                                         Bloomington, Illinois  61701
                                                         Telephone: (309)821-9707
                                                         Fax: (309)821-9708
                                                         E-mail: jim@jimginzkey.com