IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, certify that I served a copy of the following:

- **Subpoena for Deposition of Records to Illinois State Police c/o Charles E. Brueggemann**

by enclosing the same in an envelope addressed to:

> **Karen L. McNaught**
> **Illinois Attorney General**
> **500 S. Second St.**
> **Springfield, IL 62706**

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock p.m. on the **21st** day of **May, 2007**.

The originals of said document(s) were not filed with the Court and this Notice is filed with the Court showing the documents were mailed on the date as stated above.

Commerce Bank N.A., Plaintiff

By: <u>     s/ James P. Ginzkey     </u>
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServSubpoenaDepRecISPBrueggeman 5 21 07.wpd