IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, James P. Ginzkey, certify that I served a copy of the following:

- **Subpoena for Deposition of Records to West Central Illinois Task Force**

by enclosing the same in an envelope addressed to:

> **Karen L. McNaught**
> **Illinois Attorney General**
> **500 S. Second St.**
> **Springfield, IL 62706**

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock p.m. on the **22nd** day of **June**, **2007**.

The originals of said document(s) were not filed with the Court and this Notice is filed with the Court showing the documents were mailed on the date as stated above.

> Commerce Bank N.A., Plaintiff
>
> By:   s/ James P. Ginzkey
> James P. Ginzkey
> Bar Number: 3124355
> Attorney for Plaintiff
> 221 E. Washington St.
> Bloomington, Illinois  61701
> Telephone: (309)821-9707
> Fax: (309)821-9708
> E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServSubpoenaDepRecWestCentralIllTaskForce 6 22 07.wpd