E-FILED
Monday, 25 June, 2007  05:04:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| UNKNOWN OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**RULE TO SHOW CAUSE**

NOW COMES, plaintiff, COMMERCE BANK, N.A., administrator of the Estate of David Green, deceased, by its attorney, James P. Ginzkey, and for its Rule to Show Cause states as follows:

1.  On May 21, 2007 plaintiff served a subpoena on Charles Brueggemann and Illinois State Police as shown on attached Exhibit A.

2.  Plaintiff's subpoena was delivered and the return receipt signed acknowledging receipt on May 23, 2007, as shown on attached Exhibit B.

3.  Plaintiff's subpoena commanded Charles Brueggemann and Illinois State Police to produce on June 5, 2007, at 9:00, for inspection and copying at 221 E. Washington St., Bloomington, Illinois, the documents and objects identified in the attachment to Exhibit A.

4.  Charles Brueggemann and Illinois State Police have failed to comply with the subpoena.

5.  Neither Charles Brueggemann nor Illinois State Police appeared at the time

and place commanded and each has failed to produce the documents and objects requested.

WHEREFORE, plaintiff prays that an Order be entered against Charles Brueggemann and Illinois State Police to show cause why they should not be held in contempt of Court.

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\RuleShowCause 6 25 07.wpd

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **June 25, 2007,** I filed a copy of the following:

- **Rule to Show Cause**

This document was filed on **June 25, 2007,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
kmcnaught@atg.state.il.us

This document was also served by enclosing the same in an envelope with postage fully prepaid, and by depositing said envelope in the U.S. Post Office on **June 25, 2007**, at Bloomington, Illinois on the following:

Charles Brueggmann
Illinois State Police
125 E. Monroe, Room 201
Springfield, IL 62794

                                                                /s James P. Ginzkey
                                          James P. Ginzkey
                                          Bar Number: 3124355
                                        Attorney for Movant/Creditor Julie Stark
                                        221 E. Washington St.
                                        Bloomington, Illinois  61701
                                        Telephone: (309)821-9707
                                        Fax: (309)821-9708
                                        E-mail: jim@jimginzkey.com