IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06 CV 1103 |
| | ) | |
| UNKNOWN OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **Monday, June 25, 2007** I served a copy of the following:

- **Plaintiff's Rule to Show Cause**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
kmcnaught@atg.state.il.us

Terence J. Corrigan
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
tcorrigan@atg.state.il.us

This document was also served by enclosing the same in an envelope with postage fully prepaid, and by depositing said envelope in the U.S. Post Office on **June 25, 2007**, at Bloomington, Illinois on the following:

Charles Brueggemann
Illinois State Police
125 E. Monroe, Room 201
Springfield, IL 62794

Commerce Bank N.A., Plaintiff

By:   s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com