# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06 -1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION TO STAY RESPONSE

Plaintiff, by his undersigned attorney, and after discussion with opposing counsel, respectfully moves this court to stay the response to plaintiff's Rule to Show Cause and in support thereof states:

1. With respect to a subpoena issued to Charles Brueggeman and the Illinois State Police, plaintiff filed a Rule to Show Cause on June 25, 2007.

2. On or about that same date of June 25, 2007, plaintiff's attorney received written correspondence from Assistant Attorney General, Karen McNaught, to the effect that she was securing the requested materials, but would be out of the office June 25 through June 29 and had family medical matters to attend during the first week of July.

3. Counsel for the parties deposed, pursuant to subpoena, two independent witnesses in Springfield on July 10, 2007 and were able to confirm the depositions of four additional witnesses for July 17 and 18; additionally, the depositions of David Green's

ex-wife, Linda Mordue, and David Green's surviving daughters, Chelsea Green and Shelby Green, are set for July 13, 2007.

4. Counsel for the parties have had multiple conversations, both by telephone and in person, concerning the status of discovery.

5. Furthermore, plaintiff's counsel is inspecting, pursuant to subpoena, the records of the West Central Illinois Task Force in Macomb, Illinois on July 12, at which time many of the documents sought pursuant to the subpoena to the Illinois State Police are being produced.

Wherefore, the parties pray an order of this court staying the response to plaintiff's Rule to Show Cause with respect to the subpoena issued to the Illinois State Police.

Commerce Bank N.A., Plaintiff

By: _s/ James P. Ginzkey_
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **July 12, 2007,** I served a copy of the following:

- **Agreed Motion to Stay Response**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>>Commerce Bank N.A., Plaintiff

>>By:     s/ James P. Ginzkey
>>James P. Ginzkey
>>Bar Number: 3124355
>>Attorney for Plaintiff
>>221 E. Washington St.
>>Bloomington, Illinois  61701
>>Telephone: (309)821-9707
>>Fax: (309)821-9708
>>E-mail: jim@jimginzkey.com