IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 -1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

**TO:**

| | | |
|---|---|---|
| Karen L. McNaught | Rodney Wamsley (CSI) | Malcom Reporting |
| Illinois Attorney General | 214 LaSalle Blvd. | 10 Hodgehaven Circle |
| 500 S. Second St. | Marquette Heights, IL  61554 | Bloomington, IL  61704 |
| Springfield, IL 62706 | | |

**DEPONENT(S):**     **Rodney Wamsley**

**PLACE:**     **221 E. Washington St.**
**Bloomington, IL  61701**

**DATE & TIME:**     **Tuesday, July 17, 2007 at 1:45 p.m.**

     Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

JAMES P. GINZKEY
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   Fax:  (309)821-9708

### PROOF OF SERVICE

     I, **Shawntelle Thornton**, a non-attorney* certify:  that I served the above document by mailing a copy to counsel of record, and depositing the same in the U.S. mail at or about the hour of 5:00 p.m. in Bloomington, Illinois on **July 12, 2007** with proper postage prepaid.

[*]     Under penalties as provided by law pursuant to 735 ILCS 5/1-109

          Date:     July 12, 2007

     I certify that the statements set forth herein are true and correct.