IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 06 -1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

**TO:**

| | | |
|---|---|---|
| Karen L. McNaught | Michael Oyer (CSI) | Malcom Reporting |
| Illinois Attorney General | c/o Illinois State Police | 10 Hodgehaven Circle |
| 500 S. Second St. | 1810 S. Main St. | Bloomington, IL  61704 |
| Springfield, IL 62706 | Morton, IL  61550 | |

**DEPONENT(S):**     Michael Oyer (CSI)

**PLACE:**     **221 E. Washington St.**
                        **Bloomington, IL  61701**

**DATE & TIME:**     **Tuesday, July 17, 2007 at 10:00 a.m.**

        Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

JAMES P. GINZKEY
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   Fax:  (309)821-9708

## PROOF OF SERVICE

        I, **Shawntelle Thornton**, a non-attorney* certify:  that I served the above document by mailing a copy to counsel of record, and depositing the same in the U.S. mail at or about the hour of 5:00 p.m. in Bloomington, Illinois on **July 12, 2007** with proper postage prepaid.

[*]     Under penalties as provided by law pursuant to 735 ILCS 5/1-109

                                                                                Date:       July 12, 2007

        I certify that the statements set forth herein are true and correct.