# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 06 -1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served a copy of the following:

- **Notice of Deposition of Mike Oyer**

by enclosing the same in an envelope addressed to:

| | | |
|---|---|---|
| Karen L. McNaught | Michael Oyer (CSI) | Malcom Reporting |
| Illinois Attorney General | c/o Illinois State Police | 10 Hodgehaven Circle |
| 500 S. Second St. | 1810 S. Main St. | Bloomington, IL  61704 |
| Springfield, IL 62706 | Morton, IL  61550 | |

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock P.M. on the **11**th day of **July, 2007**.

The originals of said document(s) were not filed with the Court and this Certificate of Service is filed with the Court showing the documents were mailed on the date as stated above.

            Commerce Bank N.A., Plaintiff

            By:   s/ James P. Ginzkey
                James P. Ginzkey
                Bar Number: 3124355
                Attorney for Plaintiff
                221 E. Washington St.
                Bloomington, Illinois  61701
                Telephone: (309)821-9707
                Fax: (309)821-9708
                E-mail: jim@jimginzkey.com