IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

## AMENDED NOTICE OF DEPOSITION

**TO:**

| | | |
|---|---|---|
| Karen L. McNaught | Michael Oyer (CSI) | Kitty Malcom |
| Illinois Attorney General | c/o Illinois State Police | Malcom Reporting |
| 500 S. Second St. | 1810 S. Main St. | 10 Hodgehaven Circle |
| Springfield, IL 62706 | Morton, IL  61550 | Bloomington, IL  61704 |

**DEPONENT(S):**   Michael Oyer (CSI)

**PLACE:**   **221 E. Washington St.**
  **Bloomington, IL  61701**

**DATE & TIME:**   ***Monday, August 13, 2007 at 11:00 a.m.**

*Previously set for Tuesday, July 17, 2007 at 10:00 a.m.*

   Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

   This discovery document was filed with the Court using the CM/ECF system and this Notice is filed with the Court showing the document was mailed on  **August 3, 2007** to **Karen L. McNaught Illinois Attorney General, 500 S. Second St., Springfield, IL 62706.**

                                        Commerce Bank N.A., Plaintiff

                                        By:        s/ James P. Ginzkey
                                            James P. Ginzkey
                                            Bar Number: 3124355
                                            Attorney for Plaintiff
                                            221 E. Washington St.
                                            Bloomington, Illinois  61701
                                            Telephone: (309)821-9707
                                            Fax: (309)821-9708
                                            E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **August 3, 2007**, I served a copy of the following:

- **Amended Notice of Michael Oyer Deposition**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:     s/ James P. Ginzkey
>James P. Ginzkey
>Bar Number: 3124355
>Attorney for Plaintiff
>221 E. Washington St.
>Bloomington, Illinois 61701
>Telephone: (309)821-9707
>Fax: (309)821-9708
>E-mail: jim@jimginzkey.com