**E-FILED**
Friday, 03 August, 2007  02:15:19 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 06-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

### AMENDED NOTICE OF DEPOSITION

**TO:**

| Karen L. McNaught | Rodney Wamsley (CSI) | Kitty Malcom |
|---|---|---|
| Illinois Attorney General | 214 LaSalle Blvd. | Malcom Reporting |
| 500 S. Second St. | Marquette Heights, IL  61554 | 10 Hodgehaven Circle |
| Springfield, IL 62706 | | Bloomington, IL  61704 |

**DEPONENT(S):**   Rodney Wamsley

**PLACE:**   **221 E. Washington St.**
                   **Bloomington, IL  61701**

**DATE & TIME:**   **Monday, August 13, 2007 at 1:00 p.m.**

**\****Previously set for Tuesday, July 17, 2007 at 1:45 p.m.*

   Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

   This discovery document was filed with the Court using the CM/ECF system and this Notice is filed with the Court showing the document was mailed on **August 3, 2007** to **Karen L. McNaught Illinois Attorney General, 500 S. Second St., Springfield, IL 62706.**

                                                Commerce Bank N.A., Plaintiff

                                                By:_____s/ James P. Ginzkey_____
                                                      James P. Ginzkey
                                                      Bar Number: 3124355
                                                      Attorney for Plaintiff
                                                      221 E. Washington St.
                                                      Bloomington, Illinois  61701
                                                      Telephone: (309)821-9707
                                                      Fax: (309)821-9708
                                                      E-mail: jim@jimginzkey.com

**PROOF OF SERVICE**

I, James P. Ginzkey, hereby certify that on **August 3, 2007**, I served a copy of the following:

- **Amended Notice of Rodney Wamsley Deposition**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:       s/ James P. Ginzkey
>   James P. Ginzkey
>      Bar Number: 3124355
>      Attorney for Plaintiff
>      221 E. Washington St.
>      Bloomington, Illinois  61701
>      Telephone: (309)821-9707
>      Fax: (309)821-9708
>      E-mail: jim@jimginzkey.com