## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I served a copy of the following:

- **Amended Notice of Deposition of Rodney Wamsley**

by enclosing the same in an envelope addressed to:

| | | |
|---|---|---|
| Karen L. McNaught | Rodney Wamsley | Dorothy Hart |
| Illinois Attorney General | 214 LaSalle Blvd. | Capitol Reporting |
| 500 S. Second St. | Marquette Heights, IL  61554 | 2021 Timberbrook Dr. |
| Springfield, IL 62706 | | Springfield, IL  62703 |

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock P.M. on the **3rd** day of **August**, **2007**.

The originals of said document(s) were not filed with the Court and this Certificate of Service is filed with the Court showing the documents were mailed on the date as stated above.

Commerce Bank N.A., Plaintiff

By:      s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com