IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-CV-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSES TO DEFENDANTS' REQUEST TO ADMIT**

Plaintiff, by its undersigned attorney, responds to defendants' request to admit as follows:

1.   The United States Naval Observatory is an official custodian of records for sunrise and sunset data.

   **RESPONSE: Admits.**

2.   The definition of "civil twilight" is "when the Sun is 6 degrees or more below the horizon. It is also known as dusk or dawn in some places and is the time immediately before sunrise and right after sunset. During this period of time, there is still enough light from the Sun that artificial sources of light are not needed to carry on outdoor activities in most cases."

   **RESPONSE:  After reasonable inquiry, the information known or readily obtainable by plaintiff is insufficient to enable plaintiff to admit or deny this alleged fact.**

3.   According to the United States Naval Observatory, the time of civil twilight on June 23, 2005, in Canton, Fulton County, Illinois, commenced at 4:57 a.m.

   **RESPONSE: Admits.**

4. According to the United States Naval Observatory, the time of sunrise on June 23, 2005, in Canton, Fulton County, Illinois, was 5:30 a.m.

**RESPONSE: Admits.**

5. According to the United States Naval Observatory, the time of civil twilight on June 23, 2005, in Farmington, Fulton County, Illinois, commenced at 4:56 a.m.

**RESPONSE: Admits.**

6. According to the United States Naval Observatory, the time of sunrise on June 23, 2005, in Farmington, Fulton County, Illinois, was 5:29 a.m.

**RESPONSE: Admits.**

7. According to the United States Naval Observatory, the time of civil twilight on June 23, 2005, in Glasford, Peoria County, Illinois, commenced at 4:56 a.m.

**RESPONSE: Admits.**

8. According to the United States Naval Observatory, the time of sunrise on June 23, 2005, in Glasford, Peoria County, Illinois, was 5:29 a.m.

**RESPONSE: Admits.**

9. The time of civil twilight on June 23, 2005, at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, was 4:56 a.m.

**RESPONSE: Admits.**

10. The time of sunrise on June 23, 2005, at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, was 5:29 a.m.

**RESPONSE**: Admits.

11. Prior to being shot by police officers on June 23, 2005, at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, on the second floor of the residence, David Green had, in his physical possession, a "Hi-Point," 9mm rifle loaded with ammunition at Illinois State Police officers.

**RESPONSE**: Denies

12. Prior to the encounter with police officers, a Mossberg 12-gauge shotgun was physically present at the residence of David Green at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Objection. The phrase "physically present" is vague and ambiguous. Additionally, the presence or absence of such a shotgun is irrelevant to matters at issue in this cause.**

13. Prior to the encounter with police officers, a Winchester 1897, 12-gauge shotgun was physically present at the residence of David Green at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Objection. The phrase "physically present" is vague and ambiguous. Additionally, the presence or absence of such a shotgun is irrelevant to matters at issue in this cause.**

14. On June 23, 2005, on the second floor of the structure at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, David Green encountered the defendants.

**RESPONSE**: Admits.

15. On June 23, 2005, on the second floor of the structure at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, David Green threatened to shoot defendants.

> **RESPONSE:** **After reasonable inquiry, the information known or readily obtainable by plaintiff is insufficient to enable plaintiff to admit or deny this alleged fact.**

16. Prior to David Green surrendering any weapons on June 23, 2005, David Green was ordered to surrender any weapons.

> **RESPONSE:** **Objection. This request is improper because it is not one fact but rather is multiple facts which are phrased to be co-dependent. Plaintiff cannot admit or deny this paragraph in its present form.**

17. David Green relinquished the "Hi-Point" 9mm rifle after being ordered to do so on June 23, 2005.

> **RESPONSE:** **Objection. This request is improper because it is not one fact but rather is multiple facts which are phrased to be co-dependent. Plaintiff cannot admit or deny this paragraph in its present form.**

18. After surrendering the Hi-Point 9 mm rifle and before being shot by defendants, David Green had in his possession a 9 mm Ruger pistol.

> **RESPONSE:** **Objection. This request is improper because it is not one fact but rather is multiple facts which are phrased to be co-dependent. Plaintiff cannot admit or deny this paragraph in its present form.**

19. After relinquishing the Hi-Point 9 mm rifle and before being shot be defendants, David Green threatened to shoot defendants on June 23, 2005.

> **RESPONSE:** **Objection. This request is improper because it is not one fact but rather is multiple facts which are phrased to be co-dependent. Plaintiff cannot admit or deny this paragraph in its present form.**

20. On June 23, 2005, with the 9 mm Ruger in his possession and after he surrendered the Hi-Point 9 mm rifle, David Green was ordered to drop the weapon that was in his possession.

> **RESPONSE: Objection. This request is improper because it is not one fact but rather is multiple facts which are phrased to be co-dependent. Plaintiff cannot admit or deny this paragraph in its present form.**

21. David Green did not comply with the order to relinquish physical possession of all of the weapons he was physically holding on June 23, 2005.

> **RESPONSE: Objection. This request is improper because it is not one fact but rather is multiple facts which are phrased to be co-dependent. Plaintiff cannot admit or deny this paragraph in its present form.**

22. David Green was upstairs in his residence located at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, when a flash bang was deployed on the first floor of the residence.

> **RESPONSE: Admits that at least one flash bang device was deployed on the date in question, but denies the remainder of this alleged fact.**

23. David Green was not disoriented by the first flash bang devise that was deployed in his residence located at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois.

> **RESPONSE: Denies.**

24. A second flash-bang device was deployed from the second floor in the residence of David Green located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

> **RESPONSE: Admits that at least one flash bang device was deployed on the date in question, but denies the remainder of this alleged fact.**

25. After the second flash bang device was deployed, it fell to the first floor and did not disorient David Green.

**RESPONSE**: **Denies.**

26. At the time that David Green was shot by police officers on June 23, 2005, at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, David Green was pointing a 9 mm Ruger loaded with ammunition at Illinois State Police officers.

**RESPONSE**: **Denies.**

27. No police officers shot David Green outside his residence located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **After reasonable inquiry, the information known or readily obtainable by plaintiff is insufficient to enable plaintiff to admit or deny this alleged fact.**

28. No police officers chased David Green through his residence located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Denies.**

29. The defendants did not shoot David Green on or near the steps leading from the first floor to the second floor of the David Green residence located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Denies.**

30. Plaintiff has no evidence of the sequence of events that led to the arm of David Green being broken on June 23, 2005.

**RESPONSE**: **Denies.**

31.     Plaintiff has no evidence to support the claim of how blood came to be present on the wall on or near the steps leading from the first floor to the second floor on or near the steps leading from the first floor to the second floor of the David Green residence located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Denies.**

32.     Plaintiff has no evidence to support the claim of when blood came to be present on the wall on or near the steps leading from the first floor to the second floor on or near the steps leading from the first floor to the second floor of the David Green residence located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Denies.**

33.     Plaintiff has no evidence to support the claim of how blood came to be present in the dog cage at the residence of David Green located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Denies.**

34.     Plaintiff has no evidence to support the claim of when blood came to be present in the dog cage at the residence of David Green located at 27368 East Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

**RESPONSE**: **Denies.**

Commerce Bank N.A., Plaintiff

By: _____s/ James P. Ginzkey_____
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **September 7, 2007,** I served a copy of the following:

- **Plaintiff's Response to Defendants' Request to Admit**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:     s/ James P. Ginzkey
>          James P. Ginzkey
>             Bar Number: 3124355
>             Attorney for Plaintiff
>             221 E. Washington St.
>             Bloomington, Illinois  61701
>             Telephone: (309)821-9707
>             Fax: (309)821-9708
>             E-mail: jim@jimginzkey.com