**E-FILED**
Monday, 17 September, 2007  04:10:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  06-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S SECOND MOTION FOR RULE TO SHOW CAUSE**

COMES NOW the respondent, Charles E. Brueggemann, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby responds to the second rule to show cause filed by the plaintiff (Docket #49).  In support thereof, the following statements are made.

1.    Plaintiff served a subpoena by United States mail upon Charles E. Brueggeman at the Illinois State Police on May 21, 2007.

2.    The subpoena was returnable on June 5, 2007, at 9:00 a.m. in Bloomington, Illinois.

3.    The subpoena commanded only the production of certain documents, and did not require anyone appear for testimony.

4.    The subpoena requested the production of not less than 15 different categories of physical items located throughout the Department of Illinois State Police.

5.    Colonel Brueggemann did not have physical possession of the items requested in the subpoena.

6.    The staff of Colonel Brueggemann transmitted the subpoena to the Illinois State Police Legal Office, which was sent to the Office of the Illinois Attorney General on June 6, 2007, and requested representation.

7.    The undersigned then began to collect the relevant documents and advised counsel for plaintiff in person and by written correspondence that she was attempting to obtain the relevant documents.

8.    The defendants, as well as the Illinois State Police, have produced over 1,275 documents to-date in response to the subpoena and other discovery requests from plaintiff.

9.    In responding to discovery on behalf of the named defendants, counsel did object to certain documents to being produced, and sent a privilege log itemizing the documents to plaintiff's counsel on April 30, 2007.

10.    The undersigned maintains that these same documents, which may be responsive to the subpoena, are privileged.

11.    Plaintiff's counsel has repeatedly suggested that "much of the information remains unproduced."

12.    The undersigned has asked plaintiff's counsel to identify more specifically what he believes has not been produced and, if known, to identify the names of persons who possess these items, so that the undersigned can contact persons to retrieve any items.

13.    Plaintiff's counsel has not responded to this request.

14.    The undersigned has retrieved documents from Springfield, Macomb, Morton, and Carlinville, which have been produced, and has offered to make physical evidence contained in the evidence vaults available to plaintiff's counsel at a mutually agreeable time and place.

15.   The undersigned knows of no other relevant documents or documents that may lead to admissible evidence that comply with the subpoena which have not been produced.

16.   However, if such documents are located or if plaintiff's counsel responds with documents or persons for which an inquiry needs to be made, the undersigned will supplement the responses.

17.   Thus, the motion for rule to show cause should be denied.

18.   A memorandum of law in support of the instant response to plaintiff's motion for rule to show cause is submitted herewith.

WHEREFORE for the above and foregoing reasons, respondent, Charles E. Brueggemann, respectfully requests this honorable Court to deny the plaintiff's second motion for rule to show cause (Docket #49).

Respectfully submitted,

CHARLES E. BRUEGGEMANN,
        Respondent,
LISA MADIGAN, Attorney General,
State of Illinois,

By:    /s/Karen L. McNaught
       Karen L. McNaught
       Assistant Attorney General
       Attorney for Respondent
       500 South Second Street
       Springfield, IL  62706
       Telephone:  (217) 782-1841
       Facsimile:  (217) 524-5091
       kmcnaught@atg.state.il.us
       #6200462

3

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

COMMERCE BANK, N.A.,               )
                                   )
    Plaintiff,               )
                                   )
    -vs-                     )        No.  06-1103
                                   )
UNKNOWN OFFICERS,                  )
                                   )
    Defendants.              )

**Certificate of Service**

I hereby certify that on September 17, 2007, I electronically filed a Response to Second Motion for Rule to Show Cause with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
Jim@jimginzkey.com

and I hereby certify that on September 17, 2007, I mailed by United States Postal Service, the document to the following nonregistered participant:

None

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Respondent
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us
#6200462