E-FILED
Wednesday, 26 September, 2007 10:16:02 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

COMMERCE BANK, N.A., )
)
Plaintiff, )
)
v. ) No. 06-1103
)
MICHAEL WIDGER, BRIAN GRAY, )
and CHRISTOPHER CARMICHAEL, )
)
Defendants. )

**MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, by its undersigned attorney, respectfully moves this court to amend its scheduling order and in support thereof states:

1. By amended order of 7/16/07 this court established a fact discovery deadline of 10/1/07 with the disclosure of plaintiff's experts also due by 10/1/07.

2. Despite diligent efforts by the attorneys of the parties, the parties have been unable to complete fact discovery.

3. As set forth in the attached 4/2/07 letter of plaintiff's attorney (Exhibit A), plaintiff has been requesting the depositions of 16 different law enforcement officers, the last five of whom were in the room at the time of the shooting of plaintiff's decedent.

4. Attached hereto as Exhibit B are plaintiff's attorney's assistant's hand-written notes on plaintiff's file copy of that same 4/2/07 letter, as well as type-written notes from 8/6/07, 8/9/07 and 9/14/07.

5. Without the opportunity to have deposed the five people in the room at the time of the shooting of plaintiff's decedent, plaintiff is simply not in the position to make all of its necessary expert witness disclosures.

6. Plaintiff's attorney has discussed this matter with defense counsel and defense counsel has no objection to this court amending the scheduling order.

7. Defense counsel has requested an extension with respect to the filing deadline for dispositve motions and plaintiff has no objection thereto.

Wherefore, plaintiff prays an order of this court amending the scheduling order of 7/16/07.

                                                Commerce Bank N.A., Plaintiff

                                                By:  s/ James P. Ginzkey
                                                    James P. Ginzkey
                                                    Bar Number: 3124355
                                                    Attorney for Plaintiff
                                                    221 E. Washington St.
                                                    Bloomington, Illinois 61701
                                                    Telephone: (309)821-9707
                                                    Fax: (309)821-9708
                                                    E-mail: jim@jimginzkey.com

**PROOF OF SERVICE**

I, James P. Ginzkey, hereby certify that on **September 26, 2007,** I served a copy of the following:

- **Motion to amend Scheduling Order**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

Commerce Bank N.A., Plaintiff

By: s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com



E-FILED
Wednesday, 26 September, 2007 10:18:21 AM
Clerk, U.S. District Court, ILCD

JAMES P. GINZKEY
Trial Attorney
221 E. Washington Street
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708

April 2, 2007

**VIA FACSIMILE and U.S. MAIL**
**217/524-5091**

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706

RE: Commerce Bank v. Widger, Gray and Carmichael

Dear Ms. McNaught:

This will confirm our telephone conversation of April 2, 2007 wherein I indicated that I would like to start scheduling depositions and that I have a concern about the limit of 10 depositions and the August 1 deadline. As I understand it, you have no objection to me taking more than 10 depositions as long as it doesn't get out of hand. I also understand that we will try to set the depositions prior to August 1 but that we may have to seek relief from the court with respect to that time deadline.

The following are the individuals I would like to depose, in the order that I would like to depose them:

1. Travis Hindman (performed autopsy) – 2 hours;
2. Daniel Matheny (co-defendant) – 1.5 hours;
3. Nancy Roddis (Fulton County Sheriff's Department) – 1.5 hours;
4. Jeff Standard (Fulton County Sheriff's Department) – 1.5 hours;
5. William Arndt (Fulton County Sheriff's Department) – 1.5 hours;
6. Michael McCormick (Fulton County Sheriff's Department) – 2 hours;
7. Lt. Jerry James (West Central Illinois Task Force) – 1.5 hours;
8. Michael Oyer (CSI) – 3 hours;
9. David Carter (CSI) – 2 hours;
10. Rod Walmsley (CSI) – 3 hours;
11. Sgt. Michael Voges (ISP) – 2 hours;

EXHIBIT
A
tabbies

12. Paul Gibson (ISP) – 3 hours;
13. Danny Leezer (ISP) – 3 hours;
14. Michael Widger (ISP) – 3 hours;
15. Brian Gray (ISP) – 3 hours;
16. Christopher Carmichael (ISP) – 3 hours.

Additionally, I would like to depose the officer or officers who conducted the briefing at the Armory prior to the raid and obtain the operations plan that was discussed at that pre-raid briefing.

Cordially,

James P. Ginzkey
jim@jimginzkey.com

JPG/smt

enc.

I:\CLIENTS\Correspondence\GreenDMcNaughtDisc 4 2 07.wpd

12. Paul Gibson (ISP) – 3 hours;
13. Danny Leezer (ISP) – 3 hours;
14. Michael Widger (ISP) – 3 hours;
15. Brian Gray (ISP) – 3 hours;
16. Christopher Carmichael (ISP) – 3 hours.

Additionally, I would like to depose the officer or officers who conducted the briefing at the Armory prior to the raid and obtain the operations plan that was discussed at that pre-raid briefing.

Cordially,

James P. Ginzkey
jim@jimginzkey.com

JPG/smt

enc.

EXHIBIT B

**Shawn Thornton**

**From:** Shawn Thornton
**Sent:** Monday, August 06, 2007 1:23 PM
**To:** James Ginzkey
**Subject:** Green, David - Wamsley, Oyer Depos

Call from Laura at Karen McNaught's office. She said that Karen just found out that US Department of Justice is going to be at their office on Monday the 13th and carrying on through the 14th and she must be present for these meetings. She extends her apologies. I told her I pass the information on to you.

Also, there must have been some misunderstanding regarding the dates that were on hold for the remaining depositions. Laura said they are still holding all dates we last discussed for the remaining 5 depositions: August 20, 24, 28, 29 and 30.

I put the 24th back on hold and told her we would need to use the 20th for Wamsley and Oyer's depositions. She said she would e-mail Karen to see what she said. I told her it really wasn't an option at this time since those two depositions had to be taken before the others.

Laura said she would get back to me as soon has she got word on the other settings.

**Shawn Thornton**

---

**From:** Shawn Thornton
**Sent:** Thursday, August 09, 2007 9:56 AM
**To:** James Ginzkey
**Subject:** Green, David - ISP Depos

Call from Laura with the following:

Gray is only available August 20 (his wife is expecting the last week in August)

Widger is only available August 24; wanted to know if you would consider his going the afternoon of the 24th and starting Oyer and Wamsley earlier than 10:00. If this is the case, moving all the depositions to Springfield.

Still has no word on Gibson, Leezer or Carmichael.

I told Laura that I would have to give this information to you and someone would call her back.

**James Ginzkey**

**From:** Shawn Thornton
**Sent:** Friday, September 14, 2007 10:31 AM
**To:** James Ginzkey
**Subject:** Green, David - ISP depositions

Spoke to Laura on September 13 to discuss dates for the remaining depositions that would be videotaped, including your agreeing to take any of the three shooters on the same day as Paul Gibson and Danny Leezer, the other two shooters following. She said she was already aware of the order but wasn't going to discuss dates until a motion was filed extending the deadlines. I told her that I believe you and Karen had already discussed filing an agreed motion and order but she still insisted on talking to Karen before discussing any dates.

I gave her your availability through November 21st anyway. I don't know if she made note of the dates, but I gave them to her.