**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| UNKNOWN OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **Wednesday, September 26, 2007,** I served a copy of the following:

- **Motion to Amend Scheduling Order**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Karen L. McNaught
> Illinois Attorney General
> 500 S. Second St.
> Springfield, IL 62706
> kmcnaught@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:          s/ James P. Ginzkey
             James P. Ginzkey
             Bar Number: 3124355
             Attorney for Plaintiff
             221 E. Washington St.
             Bloomington, Illinois  61701
             Telephone: (309)821-9707
             Fax: (309)821-9708
             E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServMotAmdSchedulingOrder 9 26 07.wpd