IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06 CV 1103 |
| | ) |
| UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **Wednesday, September 26, 21007** I served a copy of the following:

- **Reply to Respondent's Response to Plaintiff's Second Motion for Rule to Show Cause**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706
>kmcnaught@atg.state.il.us

>Commerce Bank N.A., Plaintiff

>By:     s/ James P. Ginzkey
>James P. Ginzkey
>Bar Number: 3124355
>Attorney for Plaintiff
>221 E. Washington St.
>Bloomington, Illinois 61701
>Telephone: (309)821-9707
>Fax: (309)821-9708
>E-mail: jim@jimginzkey.com