IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) |
| -vs- | ) No. 06-1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) |
| Defendants. | ) |

### MOTION TO CONTINUE THE HEARING ON THE PETITION FOR RULE TO SHOW CAUSE OR, IN THE ALTERNATIVE, MOTION TO RELIEVE COLONEL BRUEGGEMANN FROM APPEARING

COMES NOW the respondent, Charles E. Brueggemann, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby submits this motion to continue the hearing on the rule to show cause (Docket #49 and Docket Entry of September 27, 2007) filed by the plaintiff or, the alternative, motion to relieve Colonel Brueggemann from appearing. In support thereof, the following statements are made.

1. Plaintiff issued a subpoena to Colonel Brueggemann on May 21, 2007.

2. In response to the subpoena, documents and other tangible items have been produced to plaintiff.

3. Nonetheless, plaintiff has filed a petition for rule to show cause (Docket #49) and the matter has been set for an evidentiary hearing on October 10, 2007, at 3:00 p.m.

4. Colonel Brueggemann is scheduled to be in California on business from September 30, 2007, to October 13, 2007.

5.  In addition, Colonel Brueggemann is scheduled to be on business in Washington D.C. from October 22-24, 2007, and in California from October 29, 2007, through November 1, 2007.

6.  Although the subpoena was sent to Colonel Brueggemann, he directed other Illinois State Police employees to handle the matter and therefore has very little knowledge about the production of documents that are responsive to the subpoena.

7.  Colonel Brueggemann will attend any hearing if required.

8.  However, Colonel Brueggemann respectfully offers that there may be other persons who are better qualified to respond to questions posed at the evidentiary hearing, including, but not limited to, Michael McIntosh, staff attorney in the Division of Operations; John Hosteny, Acting Chief Legal Counsel for the Illinois State Police; Bruce Bialorucki, an attorney in the legal department at the Illinois State Police; Steve Nation and Doug Phillips, personnel in the Information Technology Bureau of the Illinois State Police, as well as the undersigned.

9.  Colonel Bruggemann does not want this matter to be delayed.

10. As such, Colonel Brueggemann asks that he be excused from attending the hearing or that he be allowed to appear by telephone

11. If his attendance is required, Colonel Brueggemann respectfully requests that the hearing be continued until a time that he is available in the State of Illinois.

WHEREFORE for the above and foregoing reasons, respondent, Charles E. Brueggemann, respectfully requests this honorable Court either continue the evidentiary hearing on the plaintiff's petition for rule to show cause or, in the alternative, to relieve him

from appearing at the hearing.

          Respectfully submitted,

          CHARLES E. BRUEGGEMANN,

              Respondent,

          LISA MADIGAN, Attorney General,
          State of Illinois,

          By:   /s/Karen L. McNaught
                Karen L. McNaught
                Assistant Attorney General
                Attorney for Respondent
                500 South Second Street
                Springfield, IL  62706
                Telephone:  (217) 782-1841
                Facsimile:  (217) 524-5091
                kmcnaught@atg.state.il.us
                #6200462

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 06-1103 |
| UNKNOWN OFFICERS, | ) ) ) |
| Defendants. | ) ) |

### Certificate of Service

I hereby certify that on October 1, 2007, I electronically filed a Motion to Continue the Hearing on the Petition for Rule to Show Cause Or, in the Alternative, Motion to Relieve Colonel Brueggemann from Appearing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
Jim@jimginzkey.com

and I hereby certify that on October 1, 2007, I mailed by United States Postal Service, the document to the following nonregistered participant:

None

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Respondent
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-1841
Facsimile: (217) 524-5091
kmcnaught@atg.state.il.us
#6200462