E-FILED
Wednesday, 03 October, 2007  04:00:40 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO MOTION TO CONTINUE HEARING
ON RULE TO SHOW CAUSE**

Plaintiff, by its undersigned attorney, has no objection to the motion to continue the hearing on the Rule to Show cause and in support thereof states:

1. Plaintiff's attorney begins a civil jury trial before the Honorable Charles G. Reynard at 9:00 a.m. on Tuesday, October 9, 2007, in the cause of Reece v. Parklands Foundation, et al., McLean County No. 05 L 177.

2. Since the filing of the motion to continue the hearing on the Rule to Show Cause, plaintiff's attorney has personally spoken with defense counsel and indicated that plaintiff does not need to produce testimony directly from Colonel Brueggemann in connection with the discovery issues herein.

3. But plaintiff's attorney has indicated to defense counsel that the lack of coordination between the various offices of the Illinois State Police is causing problems both for plaintiff's attorney and defense counsel with respect to discovery as evidenced by the following:

a. Plaintiff's attorney deposed Illinois State Police Crime Scene Investigator, David Carter, on July 18, 2007 in Springfield. Plaintiff's attorney deposed Illinois State Police Crime Scene Investigators, Michael Oyer and Rodney Wamsley, on August 24, 2007 in Bloomington. At the August 24 depositions, defense counsel produced a portion of Master Sergeant Simonton's log, Bates stamped 1087-1088 (see attached Exhibit A);

b. During those same August 24 depositions, defense counsel produced 48 pages of CSI Oyer's personal file as per attached Exhibit B. Plaintiff's attorney did not have the opportunity to review those 48 pages at the time of the depositions;

c. On September 7, 2007, defense counsel produced Bates pages 1089-1138 which are the firearms notes and ballistic reports in connection with the shooting at issue, as per the attached Exhibit C; as a consequence, plaintiff's attorney did not have access to the ballistics reports and CSI Oyer's personal file prior to the deposition of any of the three Crime Scene Investigators;

d. On September 12, 2007, defense counsel produced Bates pages 1139-1237 which are the Tactical Response Team's standard operating procedures and training information as per the attached Exhibit D;

e. On September 26, 2007, defense counsel produced Bates pages 1238-1244 which is information from the Wisconsin National Guard in connection with

      the shooting at issue, as per attached Exhibit E.

4. By producing documents in piecemeal fashion after critical depositions have been taken, the Illinois State Police are placing both counsel in a very difficult position.

5. Given these developments, plaintiff's attorney has concerns about the propriety of the trial setting herein.

6. Both plaintiff's attorney and defense counsel are available for a telephone conference call anytime on October 17, 2007.

Wherefore, plaintiff prays an order of this court continuing the evidentiary hearing of October 10, 2007; plaintiff further prays for a hearing on the issues identified herein.

      Commerce Bank N.A., Plaintiff

By:    s/ James P. Ginzkey
      James P. Ginzkey
      Bar Number: 3124355
      Attorney for Plaintiff
      221 E. Washington St.
      Bloomington, Illinois  61701
      Telephone: (309)821-9707
      Fax: (309)821-9708
      E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **October 3, 2007,** I served a copy of the following:

- **Plaintiff's Response to Motion to Continue Hearing on Rule to Show Cause**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>**Karen L. McNaught**
>**Illinois Attorney General**
>**500 S. Second St.**
>**Springfield, IL 62706**

>Commerce Bank N.A., Plaintiff

>By:     s/ James P. Ginzkey
>James P. Ginzkey
>Bar Number: 3124355
>Attorney for Plaintiff
>221 E. Washington St.
>Bloomington, Illinois  61701
>Telephone: (309)821-9707
>Fax: (309)821-9708
>E-mail: jim@jimginzkey.com

## CERTIFICATE OF SERVICE

Karen L. McNaught, Assistant Attorney General, hereby certifies that she has served a copy of the foregoing Bates ##1087-1088 upon:

>James P. Ginzkey
>Trial Attorney
>221 East Washington Street
>Bloomington, IL 61701

by hand delivering a copy of same in an envelope in Bloomington, Illinois on August 24, 2007.

                                                          _____
                                                          Karen L. McNaught
                                                          Assistant Attorney General

Karen L. McNaught
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217)782-1841

EXHIBIT A

I hand delivered a true and correct copy of the foregoing documents to James Ginzkey in his office in Bloomington on August 24, 2007.

*[signature]*

EXHIBIT B

## CERTIFICATE OF SERVICE

Karen L. McNaught, Assistant Attorney General, hereby certifies that she has served a copy of the foregoing Bates ##1089-1138 upon:

> James P. Ginzkey
> Trial Attorney
> 221 East Washington Street
> Bloomington, IL 61701

by mailing a true copy thereof at the address referred to above in an envelope duly addressed bearing proper first class postage and deposited in the United States mail at Springfield, Illinois on September 7, 2007.

*/s/ Karen L. McNaught*
Karen L. McNaught
Assistant Attorney General

EXHIBIT C

## CERTIFICATE OF SERVICE

Karen L. McNaught, Assistant Attorney General, hereby certifies that she has served a copy of the foregoing Bates ##1139-1237 upon:

>James P. Ginzkey
>Trial Attorney
>221 East Washington Street
>Bloomington, IL 61701

by mailing a true copy thereof at the address referred to above in an envelope duly addressed bearing proper first class postage and deposited in the United States mail at Springfield, Illinois on September 12, 2007.

>*/s/ Karen L. McNaught*
>Karen L. McNaught
>Assistant Attorney General

EXHIBIT D

## CERTIFICATE OF SERVICE

Karen L. McNaught, Assistant Attorney General, hereby certifies that she has served a copy of the foregoing Bates ##1238-1244 upon:

>James P. Ginzkey
>Trial Attorney
>221 East Washington Street
>Bloomington, IL 61701

by mailing a true copy thereof at the address referred to above in an envelope duly addressed bearing proper first class postage and deposited in the United States mail at Springfield, Illinois on September 26, 2007.

*/s/ Karen L. McNaught*
Karen L. McNaught
Assistant Attorney General

EXHIBIT E