IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **Wednesday, October 3, 2007,** I served a copy of the following:

- **Plaintiff's Response to Motion to Continue Hearing on Rule to Show Cause**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> **Karen L. McNaught**
> **Illinois Attorney General**
> **500 S. Second St.**
> **Springfield, IL 62706**
> kmcnaught@atg.state.il.us

> Commerce Bank N.A., Plaintiff
>
> By:     s/ James P. Ginzkey
>           James P. Ginzkey
>           Bar Number: 3124355
>           Attorney for Plaintiff
>           221 E. Washington St.
>           Bloomington, Illinois  61701
>           Telephone: (309)821-9707
>           Fax: (309)821-9708
>           E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServRespMotContinueHearingRuleShowCause10 3 07.wpd