IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VIDEO DEPOSITION

**TO:**

| | | |
|---|---|---|
| Karen L. McNaught | Paul Gibson (ISP) | Capitol Reporting |
| Illinois Attorney General | c/o Karen L. McNaught | 2021 Timberbrook Dr. |
| 500 S. Second St. | 500 S. Second St. | Springfield, IL 62703 |
| Springfield, IL 62706 | Springfield, IL  62706 | |

**DEPONENT(S):**   **Paul Gibson**

**PLACE:**   **500 S. Second St.**
            **Springfield, IL  62706**

**DATE & TIME:**   **Monday, December 10, 2007 at 9:00 a.m.**

   Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

JAMES P. GINZKEY                                          s/  James P. Ginzkey
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   Fax:  (309)821-9708

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **November 16, 2007** I served a copy of the following:

- **Notice of Video Deposition**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> **Karen L. McNaught**
> **Illinois Attorney General**
> **500 S. Second St.**
> **Springfield, IL 62706**

    Commerce Bank N.A., Plaintiff

    By:    s/ James P. Ginzkey
        James P. Ginzkey
        Bar Number: 3124355
        Attorney for Plaintiff
        221 E. Washington St.
        Bloomington, Illinois 61701
        Telephone: (309)821-9707
        Fax: (309)821-9708
        E-mail: jim@jimginzkey.com