IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06 -1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF VIDEO DEPOSITION**

**TO:**

| Karen L. McNaught | Danny Leezer (ISP) | Capitol Reporting |
| Illinois Attorney General | c/o Karen L. McNaught | 2021 Timberbrook Dr. |
| 500 S. Second St. | 500 S. Second St. | Springfield, IL 62703 |
| Springfield, IL 62706 | Springfield, IL  62706 | |

**DEPONENT(S):**     **Danny Leezer**

**PLACE:**     **500 S. Second St.**
**Springfield, IL  62706**

**DATE & TIME:**     ***Thursday, January 3, 2007 @ 10:00 a.m.**

***Previously set for Thursday, November 8, 2007 @ 9:00 a.m.*

   Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

JAMES P. GINZKEY                             s/ James P. Ginzkey
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   Fax:  (309)821-9708

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **December 5, 2007** I served a copy of the following:

- **Amended Notice of Video Deposition**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> **Karen L. McNaught**
> **Illinois Attorney General**
> **500 S. Second St.**
> **Springfield, IL 62706**

Commerce Bank N.A., Plaintiff

By:  s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com