IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

COMMERCE BANK, N.A.,            )
                                )
        Plaintiff,               )
                                )
    vs.                          )   No. 06-CV-1103
                                )
MICHAEL WIDGER, BRIAN GRAY,      )
and CHRISTOPHER CARMICHAEL,      )
                                )
        Defendants.              )

## MOTION TO COMPEL

NOW COME the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by their counsel, LISA MADIGAN, Attorney General of the State of Illinois, hereby move that this Court overrule the plaintiff's objections to the Second Set of Interrogatories of Christopher Carmichael and compel the plaintiff give complete responses. In support thereof, the following statements are made.

1. Defendants served Request to Admit upon plaintiff on August 24, 2007, and defendant, Christopher Carmichael, served a second set of interrogatories upon plaintiff on August 24, 2007.

2. Plaintiff has responded to the Request to Admit, but has objected to producing factual information about the denials and the paragraphs he contends it does not have sufficient information.

3. The objections of plaintiff should be overruled and plaintiff should be required to answer fully and completely the second set of interrogatories of Christopher Carmichael.

4. The undersigned has consulted with plaintiff's counsel by telephone, in person, and in writing in an attempt to reach an agreement on this discovery dispute.

5. During the last meeting to resolve this difference, plaintiff's counsel agreed

to supplement the responses and stated that he would contact the undersigned, but no such communication has occurred.

6. Defendants will be prejudiced, if plaintiff is not required to fully and completely respond to the second set of interrogatories served by Christopher Carmichael.

7. A memorandum of law in support of the instant motion is attached hereto and incorporated by reference herein.

WHEREFORE, the defendants respectfully request this honorable Court overrule the plaintiff's objections and compel plaintiff to give complete answers to the Second Set of Interrogatories served by Christopher Carmichael.

Respectfully submitted,

MICHAEL WIDGER, BRIAN GRAY, CHRISTOPHER CARMICHAEL,
    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,
    Attorney for Defendants.

By: /s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-CV-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**Certificate of Service**

I hereby certify that on January 14, 2008, I electronically filed the foregoing Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> James P. Ginzkey
> jim@jimginzkey.com

and I hereby certify that on January 14, 2008, I mailed by United States Postal Service, the document to the following nonregistered participant:

> None.

Respectfully submitted,

s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
kmcnaught@atg.state.il.us