IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06 -1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND AMENDED NOTICE OF VIDEO DEPOSITION**

**TO:**

| Karen L. McNaught | Christopher Carmichael (ISP) | Capitol Reporting |
| Illinois Attorney General | c/o Karen L. McNaught | 2021 Timberbrook Dr. |
| 500 S. Second St. | 500 S. Second St. | Springfield, IL 62703 |
| Springfield, IL 62706 | Springfield, IL  62706 | |

**DEPONENT(S):**    **Christopher Carmichael**

**PLACE:**    **3000 Montvale Dr.**
**Springfield, IL  62706**

**DATE & TIME:**    ***Tuesday, March 11, 2008 @ 10:00 a.m.**

***Previously set for Wednesday, January 23, 2008 @ 10:00 a.m.*

Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

JAMES P. GINZKEY                                                                               /s  James P. Ginzkey
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   Fax:  (309)821-9708

**PROOF OF SERVICE**

I, **Shawntelle Thornton**, a non-attorney* certify:  that I served the above document by mailing a copy to counsel of record, and depositing the same in the U.S. mail at or about the hour of 5:00 p.m. in Bloomington, Illinois on **January 16, 2008** with proper postage prepaid.

[*]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109

Date:    January 16, 2008

I certify that the statements set forth herein are true and correct.

/s James P. Ginzkey

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **January 16, 2008** I served a copy of the following:

- **Second Amended Notice of Video Deposition**

The originals of said document(s) were not filed with the Court and this Certificate of Service is filed with the Court showing the documents were mailed on the date as stated above to:

**Karen L. McNaught**
**Illinois Attorney General**
**500 S. Second St.**
**Springfield, IL 62706**

Commerce Bank N.A., Plaintiff

By:  s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com