E-FILED
Monday, 04 February, 2008  03:59:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO COMPEL**

Plaintiff, by its undersigned attorney, respectfully moves this court for an extension of time within which to file its response to defendants' motion to compel and in support thereof states:

1. Plaintiff's attorney is a solo practitioner and is involved in a three-week jury trial before the Honorable James A. Lanuti in the Circuit Court for the Thirteenth Judicial District, LaSalle County, Illinois which began the week of January 26, 2008 and goes through February 15, 2008.

2. The deadline for filing a response to defendants' motion was January 31, 2008.

3. Plaintiff's attorney is approximately three weeks behind on his work schedule.

4. Plaintiff's attorney is in need of a 21 day extension to file its response.

5. To plaintiff's knowledge, there is no objection to this motion.

Wherefore, plaintiff prays an order of this court granting plaintiff a 21 day extension with which to file its response to defendants' motion to compel.

                                            Commerce Bank N.A., Plaintiff

                                            By:      s/ James P. Ginzkey
                                                    James P. Ginzkey
                                                    Bar Number: 3124355
                                                    Attorney for Plaintiff
                                                    221 E. Washington St.
                                                    Bloomington, Illinois  61701
                                                    Telephone: (309)821-9707
                                                    Fax: (309)821-9708
                                                    E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **February 4, 2008,** I served a copy of the following:

- **Motion for Extension**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:       s/ James P. Ginzkey
>James P. Ginzkey
>Bar Number: 3124355
>Attorney for Plaintiff
>221 E. Washington St.
>Bloomington, Illinois 61701
>Telephone: (309)821-9707
>Fax: (309)821-9708
>E-mail: jim@jimginzkey.com