**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| UNKNOWN OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **Monday, February 4, 2008,** I served a copy of the following:

- **Motion for Extension of Time to File Response to Motion to Compel**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>   Karen L. McNaught
>   Illinois Attorney General
>   500 S. Second St.
>   Springfield, IL 62706
>   kmcnaught@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
        James P. Ginzkey
        Bar Number: 3124355
        Attorney for Plaintiff
        221 E. Washington St.
        Bloomington, Illinois  61701
        Telephone: (309)821-9707
        Fax: (309)821-9708
        E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServMotExtension 2 4 08.wpd