E-FILED
Monday, 25 February, 2008  03:46:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 06 CV 1103 |
|  | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
|  | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **February 25, 2008** I served a copy of the following:

- **Plaintiff's Responses Motion to Compel**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
kmcnaught@atg.state.il.us

Terence J. Corrigan
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
tcorrigan@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServRespMotCompel 2 25 08.wpd