# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06 CV 1103 |
| | ) |
| UNKNOWN OFFICERS | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW DOCUMENT

Due to scrivener's error, plaintiff is asking to withdrawn it's document #84, filed February 25, 2008, with leave to file the proper response to defendants' motion to compel.

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\MotLeaveWithdrawDoc 2 25 08.wpd