E-FILED
Wednesday, 27 February, 2008  12:17:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-CV-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE REPLY TO RESPONSE TO MOTION TO COMPEL**

NOW COME the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Local Rule 7.1(B)(3) (CDIL-LR 7.1(B)(3)) hereby request leave to file a reply to the response to the motion to compel. In support thereof, the following statements are made.

1. On January 14, 2008, defendants filed a motion to overrule the objections and compel responses to the supplemental interrogatories.

2. After extensions of time being granted for plaintiff to respond, plaintiff filed a pleading on February 26, 2008.

3. The undersigned acknowledges that replies to the response are not permitted pursuant to CDIL-LR 7.1(B)(3).

4. However, the response of the plaintiff misstates the current state of law on this issue and in this circuit, and defendants respectfully request leave to file a reply.

5. A short reply can be completed in three business days or by Monday, March 3, 2008.

WHEREFORE for the above and foregoing reasons, defendants, Michael Widger, Brian Gray, and Christopher Carmichael, respectfully request leave of court to file a reply to the response to the motion to compel by Monday, March 3, 2008.

    Respectfully submitted,

    MICHAEL WIDGER, BRIAN GRAY, CHRISTOPHER CARMICHAEL,

        Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendants.

By:   /s/Karen L. McNaught
       Karen L. McNaught #6200462
       Assistant Attorney General
       500 South Second Street
       Springfield, IL  62706
       Telephone:  (217) 782-1841
       Facsimile:  (217) 524-5091
       kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 06-CV-1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) ) ) ) |
| Defendants. | ) |

**Certificate of Service**

I hereby certify that on February 27, 2008, I electronically filed the foregoing Motion for Leave to File a Reply to the Response to the Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
jim@jimginzkey.com

and I hereby certify that on February 27, 2008, I mailed by United States Postal Service, the document to the following nonregistered participant:

None.

Respectfully submitted,

s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
kmcnaught@atg.state.il.us