## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' REQUEST TO ADMIT

Plaintiff, by his undersigned attorney, hereby files these supplemental response to defendants' request to admit and states:

12. Prior to the encounter with police officers, a Mossberg 12-gauge shotgun was physically present at the residence of David Green at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

   **RESPONSE:**   **Plaintiff admits the allegations of paragraph 12.**

13. Prior to the encounter with police officers, a Winchester 1897, 12-gauge shotgun was physically present at the residence of David Green at the address of 27368 Birds Corner Road, Canton, Fulton County, Illinois, on June 23, 2005.

   **RESPONSE:**   **Plaintiff admits the allegations of paragraph 13.**

16. Prior to David Green surrendering any weapons on June 23, 2005, David Green was ordered to surrender any weapons.

    **RESPONSE:**       **Plaintiff denies the allegations of paragraph 16.**

17. David Green relinquished the "Hi-Point" 9mm rifle after being ordered to do so on June 23, 2005.

    **RESPONSE:**       **Plaintiff denies the allegations of paragraph 17.**

18. After surrendering the Hi-Point 9 mm rifle and before being shot by defendants, David Green had in his possession a 9 mm Ruger pistol.

    **RESPONSE:**       **Plaintiff denies the allegations of paragraph 18.**

19. After relinquishing the Hi-Point 9 mm rifle and before being shot be defendants, David Green threatened to shoot defendants on June 23, 2005.

    **RESPONSE:**       **Plaintiff denies the allegations of paragraph 19.**

20. On June 23, 2005, with the 9 mm Ruger in his possession and after he surrendered the Hi-Point 9 mm rifle, David Green was ordered to drop the weapon that was in his possession.

    **RESPONSE:**       **Plaintiff denies the allegations of paragraph 20.**

21. David Green did not comply with the order to relinquish physical possession of all of the weapons he was physically holding on June 23, 2005.

**RESPONSE:**     **Plaintiff denies the allegations of paragraph 21.**

        Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
       James P. Ginzkey
       Bar Number: 3124355
       Attorney for Plaintiff
       221 E. Washington St.
       Bloomington, Illinois 61701
       Telephone: (309)821-9707
       Fax: (309)821-9708
       E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **March 14, 2008,** I served a copy of the following:

- **Plaintiff's Supplemental Responses to Defendants' Request to Admit**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:    s/ James P. Ginzkey
>James P. Ginzkey
>Bar Number: 3124355
>Attorney for Plaintiff
>221 E. Washington St.
>Bloomington, Illinois 61701
>Telephone: (309)821-9707
>Fax: (309)821-9708
>E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\SuppResponsesDefsReqestAdmit 3 14 08.wpd