## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S SUPPLEMENTAL ANSWER TO INTERROGATORIES OF CHRISTOPHER CARMICHAEL

Plaintiff, by his undersigned attorney, hereby files this supplemental answer to interrogatories of Christopher Carmichael and states:

1. For each denial of any of the paragraphs in the First Request to Admit served on August 24, 2007, identify the paragraph denied by number; the name, address, and telephone number of each witness who will testify that the paragraph is not true; and state with particularity to what the witness will testify and the reasons for the denial in the request to admit.

**RESPONSE:** 
- **11** — **Plaintiff has no current evidence to support this denial.**
- **16-30** — **Plaintiff has no current evidence to support these denials.**
- **23** — **Plaintiff has no current evidence to support this denial.**
- **25** — **Plaintiff has no current evidence to support this denial.**
- **26** — **Plaintiff has no current evidence to support this denial.**
- **28** — **See deposition transcripts of Kelly Peterson and Linda Mordue.**
- **29** — **See deposition transcripts of Kelly Peterson and Linda Mordue.**

| | |
|---|---|
| **30** | See deposition transcripts of Kelly Peterson, Linda Mordue and Travis Hindman. |
| **31-34** | See deposition transcript of Kelly Peterson. |

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

**PROOF OF SERVICE**

I, James P. Ginzkey, hereby certify that on **March 14, 2008,** I served a copy of the following:

- **Plaintiff's Supplemental Answer to Second Set of Interrogatories of Christopher Carmichael**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Karen L. McNaught
        Illinois Attorney General
        500 S. Second St.
        Springfield, IL 62706

        Commerce Bank N.A., Plaintiff

    By:    s/ James P. Ginzkey
        James P. Ginzkey
        Bar Number: 3124355
        Attorney for Plaintiff
        221 E. Washington St.
        Bloomington, Illinois 61701
        Telephone: (309)821-9707
        Fax: (309)821-9708
        E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\SuppAns2ndSetInterrogatoriesCarmichael 3 14 08.wpd