E-FILED
Monday, 17 March, 2008  10:24:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CV 1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **March 14, 2008** I served a copy of the following:

- **Plaintiff's Supplemental Answer to Second Set of Interrogatories of Christopher Carmichael**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
kmcnaught@atg.state.il.us

Terence J. Corrigan
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
tcorrigan@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServSuppAnsInterrCarmichael 3 14 08.wpd