# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) No. 06 -1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) |
| Defendants. | ) |

## NOTICE OF DISCOVERY DEPOSITION

**TO:**

| Karen L. McNaught | Ken Kedzior | Circuit Wide Reporting |
| Illinois Attorney General | c/o Karen L. McNaught | P.O. Box 643 |
| 500 S. Second St. | 500 S. Second St. | Galesburg, IL 61402-0643 |
| Springfield, IL 62706 | Springfield, IL  62706 | |

**DEPONENT(S):**   Ken Kedzior

**PLACE:**   **1600 N. Lafayette**
**Macomb, IL  61455**

**DATE & TIME:**   Tuesday, April 15, 2008 at 9:30 a.m.

Please take notice that the deposition of the deponent(s) listed above will be taken under oath at the stated time and place before a notary public, on oral interrogatories for discovery in this case.

JAMES P. GINZKEY                                       s/James P. Ginzkey
Trial Attorney
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707   Fax:  (309)821-9708

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **March 24, 2008** I mailed a copy of the following:

- **Notice of Discovery Deposition**

This document is filed with the Clerk of the Court using the CM/ECF system on which will send notification of such filing to the following:

> **Karen L. McNaught**
> **Illinois Attorney General**
> **500 S. Second St.**
> **Springfield, IL 62706**

Commerce Bank N.A., Plaintiff

By:    s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com