**E-FILED**
Wednesday, 02 April, 2008 04:21:06 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **April 2, 2008**, I served a copy of the following:

- **Motion for Leave to File Second Amended Complaint**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>  Karen L. McNaught
>  Illinois Attorney General
>  500 S. Second St.
>  Springfield, IL 62706
>  kmcnaught@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:    s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServMotLeaveFileSecondAmdComplaint 4 2 08.wpd