E-FILED
Friday, 04 April, 2008  04:51:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 06-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **April 4, 2008**, I served a copy of the following:

- **Plaintiff's Rule 26(a)(2) Disclosures of David Balash**
- **Plaintiff's Rule 26(a)(2) Disclosures of Tony Becker**
- **Plaintiff's Rule 26(a)(2) Disclosures of Pravatchai Boonlayangoor and Karl Reich**
- **Plaintiff's Rule 26(a)(2) Disclosures of Shaku Teas**

by enclosing the same in an envelope addressed to:

> Karen L. McNaught
> Illinois Attorney General
> 500 S. Second St.
> Springfield, IL 62706

with postage fully prepaid, and by depositing said envelope in the United States Post Office at Bloomington, Illinois, at or about the hour of 5:00 o'clock p.m. on the **4th** day of **April, 2008**.

The originals of said document(s) were not filed with the Court and this Notice is filed with the Court showing the documents were mailed on the date as stated above.

Commerce Bank N.A., Plaintiff

By: _____s/ James P. Ginzkey_____
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServRule26(a)(2)DisclosuresAll 4 4 08.wpd