E-FILED
Wednesday, 16 April, 2008  04:49:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-CV-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

**OBJECTION TO PLAINTIFF'S LEAVE TO AMEND COMPLAINT**

NOW COME the defendants, Michael Widger, Brian Gray, and Chris Carmichael, by their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure hereby object to the motion filed by the plaintiff to amend the complaint. In support thereof, the following statements are made.

1. Plaintiff filed a complaint on April 19, 2006, and an amended complaint against three Illinois State Police Officers on June 7, 2006.

2. The parties agreed to a proposed schedule and the Court entered the scheduling order on October 20, 2006.

3. The scheduling order indicated that all parties were to be added and all amendments to pleadings were to be completed by April 1, 2007.

4. Plaintiff has made requests to amend the scheduling order, but no such requests have been made to amend the scheduling order such that parties can be added or an amended complaint can be filed.

5. Plaintiff now seeks leave, after the close of discovery, to add new parties and amend the complaint.

6. Defendants object, because they will be materially prejudiced.

7. Thus, defendants request that leave to amend not be granted.

8. A memorandum of law in support of the instant motion is incorporated herewith.

WHEREFORE, the defendants respectfully request this honorable Court deny the motion for leave to amend the complaint.

Respectfully submitted,

MICHAEL WIDGER, BRIAN GRAY, CHRISTOPHER CARMICHAEL,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

By: /s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 06-CV-1103 ) |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) ) ) ) |
| Defendants. | ) |

**Certificate of Service**

I hereby certify that on April 16, 2008, I electronically filed the foregoing Objection to Plaintiff's Motion for Leave to Amend with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James P. Ginzkey
>jim@jimginzkey.com

and I hereby certify that on April 16, 2008, I mailed by United States Postal Service, the document to the following nonregistered participant:

>None.

>Respectfully submitted,
>
>s/Karen L. McNaught
>Karen L. McNaught #6200462
>Assistant Attorney General
>500 South Second Street
>Springfield, IL  62706
>(217)782-1841
>(217) 524-5091 (facsimile)
>kmcnaught@atg.state.il.us