E-FILED
Thursday, 24 April, 2008  09:56:39 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| COMMERCE BANK, N.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL WIDGER, BRIAN GRAY, )<br>and CHRISTOPHER CARMICHAEL, )<br>)<br>Defendants. ) | No. 06-1103 |

**AMENDMENT TO MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

NOW COMES plaintiff, COMMERCE BANK, N.A., by its attorney, James P. Ginzkey, and for its Amendment to its previously filed motion for Leave to File Second Amended Complaint states:

1. On April 2, 2008, plaintiff filed its Motion for Leave to File Second Amended Complaint with an attached proposed Second Amended Complaint; said complaint had two counts, with Count I being a survival action and Count II being for wrongful death. The proposes Second Amended Complaint also joined Paul Gibson and Danny Leezer as party defendants.

2. Plaintiff requests leave of the Court to also add Kenneth Kedzior to the Second Amended Complaint as a party defendant and to amend the caption, opening paragraph and paragraph 3 to reflect this addition.

3. The "Facts" section of plaintiff's proposed Second Amended Complaint alleged in

subparagraphs a. and b. of paragraph 9 certain overt tortuous acts by defendants.

4. Plaintiff requests leave of the Court to file its Second Amended Complaint with paragraph 9 of the "Facts" section revised to include an additional overt tortuous act, and to re-designate the existing subparagraphs, as follows:

> 9. In contravention of that duty, defendants, in combination and for the purpose of accomplishing by concerted action a lawful purpose by unlawful means, committed the following overt tortuous acts:
>
>    a. Wrongfully classifying and/or elevating the service of the search warrant to "high risk;"
>
>    b. Battering open the front door to the residence that David Green was in, used a flash-bang device(s) and stormed the residence with body armor and assault weapons; and
>
>    c. Cornering David Green in an upstairs room of the residence where David Green was shot approximately 10 times in the back and killed.

WHEREFORE, plaintiff, COMMERCE BANK, N.A. prays the Court grant its previously filed Motion for Leave to File Second Amended Complaint as revised by this Amendment to Motion for Leave to File Second Amended Complaint.

        Commerce Bank N.A., Plaintiff

By:    s/ James P. Ginzkey
    James P. Ginzkey
    Bar Number: 3124355
    Attorney for Plaintiff
    221 E. Washington St.
    Bloomington, Illinois 61701
    Telephone: (309)821-9707
    Fax: (309)821-9708
    E-mail: jim@jimginzkey.com

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **April 24, 2008,** I served a copy of the following:

- **Amendment to Motion for Leave to file Second Amended Complaint**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:       s/ James P. Ginzkey
>James P. Ginzkey
>Bar Number: 3124355
>Attorney for Plaintiff
>221 E. Washington St.
>Bloomington, Illinois  61701
>Telephone: (309)821-9707
>Fax: (309)821-9708
>E-mail: jim@jimginzkey.com