# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06 CV 1103 |
| UNKNOWN OFFICERS, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **April 24, 2008** I served a copy of the following:

- **Amendment to Motion for Leave to file Second Amended Complaint**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught  
Illinois Attorney General  
500 S. Second St.  
Springfield, IL 62706  
kmcnaught@atg.state.il.us

Terence J. Corrigan  
Illinois Attorney General  
500 S. Second St.  
Springfield, IL 62706  
tcorrigan@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:      s/ James P. Ginzkey      
James P. Ginzkey  
Bar Number: 3124355  
Attorney for Plaintiff  
221 E. Washington St.  
Bloomington, Illinois  61701  
Telephone: (309)821-9707  
Fax: (309)821-9708  
E-mail: jim@jimginzkey.com