IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| DANNY LEEZER, PAUL GIBSON and | ) | |
| KENNETH KEDZIOR, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, James P. Ginzkey, hereby certify that on **May 6, 2008**, I served a copy of the following:

- **Second Amended Complaint**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Karen L. McNaught
> Illinois Attorney General
> 500 S. Second St.
> Springfield, IL 62706
> kmcnaught@atg.state.il.us

> Commerce Bank N.A., Plaintiff

> By:  s/ James P. Ginzkey
> James P. Ginzkey
> Bar Number: 3124355
> Attorney for Plaintiff
> 221 E. Washington St.
> Bloomington, Illinois 61701
> Telephone: (309)821-9707
> Fax: (309)821-9708
> E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\CertServSecondAmdComplaint 5 6 08.wpd