E-FILED
Thursday, 15 May, 2008  04:57:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 06-CV-1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) ) ) ) |
| Defendants. | ) |

**MOTION TO EXTEND DISCOVERY FOR EXPERTS, DISPOSITIVE MOTIONS, AND TRIAL DATES OR, IN THE ALTERNATIVE, MOTION TO BAR PLAINTIFF'S EXPERT**

COME NOW the defendants, Michael Widger, Brian Gray, and Christopher Carmichael, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an enlargement of time up to and including, June 6, 2008, to depose plaintiff's expert; July 7, 2008, within which to disclose defendants' expert witnesses; and to file dispositive motions and extend other trial dates.  In the alternative, defendants request that the expert witness of the plaintiff be barred from testifying.  In support thereof, the following statements are made.

1. Pursuant to minute entry of this Court on October 17, 2007, the deadline of the defendants to depose plaintiff's expert was April 4, 2008; for defendants to disclose their expert witnesses is May 16, 2008, and for plaintiff to depose defendants' expert witnesses is June 13, 2008.

2. The expert witness of plaintiff could not make himself available in this matter

until June 2008.

3. The parties have tentatively agreed to depose the expert of plaintiff on June 3, 2008.

4. However, if the deposition of this witness cannot be taken until June 3, 2008, defendants' expert witnesses will not have available to them information that is relevant to this case.

5. More specifically, counsel for plaintiff has indicated, although he has not provided in a supplemental report from his expert, that one of the samples tested by plaintiff's expert was misidentified.

6. The information is relevant and necessary to the opinions of defendants witnesses.

7. Opposing counsel has indicated that he has no objection to an enlargement of time to disclose defendants' experts.

8. In addition to an extension of time to for plaintiff's expert to be deposed and defendants' expert witnesses to be disclosed, the time within which to file a dispositive motion, the final pre-trial, and the trial dates will need to be extended.

9. In the alternative, defendants respectfully request that all opinions of the plaintiff's expert witness be stricken, since the witness was not made available for deposition within the discovery period.

WHEREFORE, for the above and foregoing reasons, defendants respectfully request that the discovery, dispositive motion, and trial dates be extended. In the

alternative, defendants request that plaintiff's expert be barred from testifying in this cause.

        Respectfully submitted,

        MICHAEL WIDGER, BRIAN GRAY, AND CHRISTOPHER CARMICHAEL,

          Defendants,

        LISA MADIGAN, Attorney General
        State of Illinois,

          Attorney for Defendants.

By:   s/Karen L. McNaught
      KAREN L. McNAUGHT, #6200462
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone: 217/782-1841
      Facsimile: 217/524-5091
      E-Mail: kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-CV-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the foregoing Motion to Extend Discovery for Experts, Dispositive Motions, and Trial Dates or, in the Alternative, Motion to Bar Plaintiff's Expert with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
jim@jimginzkey.com

Respectfully submitted,

s/Karen L. McNaught
Karen L. McNaught #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
kmcnaught@atg.state.il.us