AO 398 (03/08) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| COMMERCE BANK, N.A. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 06-1103 |
| MICHAEL WIDGER, et al. | ) |
| Defendant | ) |

## Notice of a Lawsuit and Request to Waive Service of a Summons

To: Paul Gibson
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days (*give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States*) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date  6/4/08

Signature of the attorney or unrepresented party
James P. Ginzkey
Printed name
221 E. Washington St., Bloomington, IL 61701
Address

jim@jimginzkey.com
E-mail address

(309)821-9707
Telephone number

AO 399 (03/08) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| COMMERCE BANK, N.A. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 06-1103 |
| MICHAEL WIDGER, et al | ) |
| Defendant | ) |

**Waiver of the Service of Summons**

To: James P. Ginzkey
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

　　　I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

　　　I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

　　　I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

　　　I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/04/2008_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date _____

_____
Signature of the attorney or unrepresented party

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

　　　Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

　　　"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

　　　If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

　　　If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Gibson
c/o Illinois State Police
CIRCOM
700 Rodgers Street
Springfield, IL 62703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6-5-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0003 7305 9296

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE
SPRINGFIELD IL 62703

| | | |
|---|---|---|
| Postage | $1.17 | 0702 |
| Certified Fee | $2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | JUN 04 2008 |
| Total Postage & Fees | $6.07 | 06/04/2008 |

[Postmark: BLOOMINGTON IL USPS 61701]

Sent To: Paul Gibson c/o Ill. State Police
Street, Apt. No.; or PO Box No. 700 Rodgers STreet
City, State, ZIP+4 Springfield, IL 62703

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0003 7305 9296

**PROOF OF SERVICE**

I, James P. Ginzkey, hereby certify that on **June 17, 2008** I served a copy of the following:

- **Notice of Lawsuit and Request to Waive Service of Summons**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Karen L. McNaught
>Illinois Attorney General
>500 S. Second St.
>Springfield, IL 62706

>Commerce Bank N.A., Plaintiff

>By:       s/ James P. Ginzkey
>James P. Ginzkey
>Bar Number: 3124355
>Attorney for Plaintiff
>221 E. Washington St.
>Bloomington, Illinois 61701
>Telephone: (309)821-9707
>Fax: (309)821-9708
>E-mail: jim@jimginzkey.com