**E-FILED**
Tuesday, 17 June, 2008  05:04:20 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case  No. 06 CV 1103 |
| | ) | |
| UNKNOWN OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

| **CERTIFICATE OF SERVICE** |
|:---:|

I, James P. Ginzkey, hereby certify that on **June 16, 2008** I served a copy of the following:

- **Kedzior Waiver of Service of Summons**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Karen L. McNaught | Terence J. Corrigan |
| Illinois Attorney General | Illinois Attorney General |
| 500 S. Second St. | 500 S. Second St. |
| Springfield, IL 62706 | Springfield, IL 62706 |
| kmcnaught@atg.state.il.us | tcorrigan@atg.state.il.us |

Commerce Bank N.A., Plaintiff

By:_____s/ James P. Ginzkey_____
        James P. Ginzkey
        Bar Number: 3124355
        Attorney for Plaintiff
        221 E. Washington St.
        Bloomington, Illinois  61701
        Telephone: (309)821-9707
        Fax: (309)821-9708
        E-mail: jim@jimginzkey.com