E-FILED
Tuesday, 17 June, 2008  05:06:20 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNKNOWN OFFICERS, )<br>)<br>Defendants. ) | Case No. 06 CV 1103 |

## CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **June 17, 2008** I served a copy of the following:

- **Leezer Notice of a Lawsuit and Request to Waive Service of Summons**
- **Gibson Notice of a Lawsuit and Request to Waive Service of Summons**
- **Kedzior Notice of a Lawsuit and Request to Waive Service of Summons**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
kmcnaught@atg.state.il.us

Terence J. Corrigan
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
tcorrigan@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:          s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com