IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-CV-1103 |
| | ) |
| MICHAEL WIDGER, BRIAN GRAY, | ) |
| and CHRISTOPHER CARMICHAEL, | ) |
| | ) |
| Defendants. | ) |

**ANSWER OF LEEZER, GIBSON, AND KEDZIOR
TO SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES**

COME NOW the defendants, Danny Leezer, Paul Gibson, and Kenneth Kedzior, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby answer the second amended complaint filed by the plaintiff. In support thereof, the following statements are made.

1. Defendants admit the allegations contained in ¶1 of the Second Amended Complaint.

2. Defendants have insufficient knowledge of the allegations contained in ¶2 of the Second Amended Complaint.

3. Defendants admit the allegations contained in ¶3 of the Second Amended Complaint.

4. Defendants admit that they took an oath to become officers of the Illinois State Police to, *inter alia*, uphold the Constitutions and laws of their country and the state of Illinois and to protect the rights, property, and lives of citizens, but deny that the oath requires the defendants to protect those persons engaged in violent felonies whose conduct threatens the lives of police officers.

5. Defendants admit the allegations contained in ¶5 of the Second Amended Complaint.

6. Defendants admit the allegations contained in ¶6 of the Second Amended Complaint.

7. Defendants admit the allegations contained in ¶7 of the Second Amended Complaint.

8. Defendants deny the allegations contained in ¶8 of the Second Amended Complaint.

9. Defendants deny the allegations contained in ¶9 of the Second Amended Complaint.

9a. Defendants deny the allegations contained in ¶9a of the Second Amended Complaint.

9b. Defendants deny the allegations contained in ¶9b of the Second Amended Complaint.

9c. Defendants deny the allegations contained in ¶9c of the Second Amended Complaint.

10. Defendants deny the allegations contained in ¶10 of the Second Amended Complaint.

## COUNT I
### (Survival Action)

1-10. Defendants repeat and reallege the answer as set forth in ¶¶1-10 in Count I of their answer to the Second Amended Complaint as though it was fully set forth herein.

11.     Defendants deny the allegations contained in ¶11 in Count I of the Second Amended Complaint.

12.     Defendants admit the allegations contained in ¶12 in Count I of the Second Amended Complaint.

**AFFIRMATIVE DEFENSES TO COUNT I OF THE SECOND AMENDED COMPLAINT**

1.     Defendants are immune from liability on plaintiff's claims pursuant to the doctrine of public official immunity.

2.     Defendants are immune from liability on plaintiff's claims pursuant to the doctrine of sovereign immunity.

3.     The use of force was justified.

4.     This action was not commenced against defendants, Danny Leezer, Paul Gibson, and Kenneth Kedzior, within the time limited by law.

WHEREFORE for the above and foregoing reasons, defendants, Danny Leezer, Paul Gibson, and Kenneth Kedzior respectfully request judgment, together with costs, in their favor and against the plaintiff.

**COUNT II**
**(Wrongful Death)**

1-10.     Defendants repeat and reallege the answer as set forth in ¶¶1-10 in Count II of their answer to the Second Amended Complaint as though it was fully set forth herein.

11.     Defendants deny the allegations contained in ¶11 in Count II of the Second Amended Complaint.

## AFFIRMATIVE DEFENSES TO COUNT II OF THE SECOND AMENDED COMPLAINT

1. Defendants are immune from liability on plaintiff's claims pursuant to the doctrine of public official immunity.

2. Defendants are immune from liability on plaintiff's claims pursuant to the doctrine of sovereign immunity.

3. The use of force was justified.

4. This action was not commenced against defendants, Danny Leezer, Paul Gibson, and Kenneth Kedzior, within the time limited by law.

WHEREFORE for the above and foregoing reasons, defendants, Danny Leezer, Paul Gibson, and Kenneth Kedzior, respectfully request this honorable Court to enter judgment, together with costs, in their favor and against plaintiff.

Respectfully submitted,

DANNY LEEZER, PAUL GIBSON, and KENNETH KEDZIOR,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants.

By: s/Karen L. McNaught
KAREN L. McNAUGHT, #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-1841
Facsimile: 217/782-8767
E-Mail: kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 06-CV-1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed Answer of Leezer, Gibson and Kedzior to Second Amended Complaint and Affirmative Defenses with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
221 E. Washington Street
Bloomington, Illinois 61701
Jim@jimginzkey.com

Respectfully submitted,

s/Karen L. McNaught
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
kmcnaught@atg.state.il.us
#6200462