E-FILED
Wednesday, 25 June, 2008  09:50:23 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06 CV 1103 |
| | ) | |
| UNKNOWN OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, James P. Ginzkey, hereby certify that on **June 25, 2008** I served a copy of the following:

- **Gibson Waiver of the Service of Summons**
- **Leezer Waiver of the Service of Summons**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught                           Terence J. Corrigan
Illinois Attorney General                   Illinois Attorney General
500 S. Second St.                           500 S. Second St.
Springfield, IL 62706                       Springfield, IL 62706
kmcnaught@atg.state.il.us                   tcorrigan@atg.state.il.us


Commerce Bank N.A., Plaintiff

By:          s/ James P. Ginzkey
             James P. Ginzkey
             Bar Number: 3124355
             Attorney for Plaintiff
             221 E. Washington St.
             Bloomington, Illinois  61701
             Telephone: (309)821-9707
             Fax: (309)821-9708
             E-mail: jim@jimginzkey.com