**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| DANNY LEEZER, PAUL GIBSON and ) | |
| KENNETH KEDZIOR, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR DISMISSAL WITHOUT PREJUDICE
PURSUANT TO 28 U.S.C. 1367(c)
OR IN THE ALTERNATIVE PURSUANT TO F.R.C.P 41(a)(2)**

Now comes plaintiff, COMMERCE BANK, N.A., administrator of the Estate of David Green, deceased, by its undersigned attorney, and for its Motion for Dismissal Without Prejudice Pursuant to 28 U.S.C. 1367(c) or in the Alternative for Pursuant to Federal Rule of Civil Procedure 41(a)(2) states:

1. Plaintiff filed its original Complaint at Law, April 19, 2006, in U.S. District Court, against "Unknown Officers" alleging multiple counts for both federal and state based claims.

2. Plaintiff filed its Amended Complaint June 7, 2006, which amendment identified Michael Widger, Brian Gray and Christopher Carmichael, as defendants, in place of the aforementioned "Unknown Officers.".

3. On May 6, 2008, upon leave of the Court, plaintiff filed its Second Amended

Complaint, adding as party defendants, Danny Leezer, Paul Gibson and Kenneth Kedzior.

4. Plaintiff's Second Amended Complaint also amended the allegations of the complaint to plead, in separate counts, a survival action pursuant to 755 ILCS 5/27-6 and wrongful death pursuant to 740 ILCS 180/1.

5. All defendants have answered the Second Amended Complaint.

6. As a result of plaintiff's filing of the Second Amended Complaint, which does not state any claims under federal law, this Court retains only supplemental jurisdiction over the subject matter of this cause of action and plaintiff's state based claims.

7. Plaintiff wishes to pursue its remaining state court claims in state court.

8. Illinois statute provides for the re-filing within one year of any action voluntarily dismissed or which is dismissed by a U.S. District Court for lack of subject matter jurisdiction. 735 ILCS 5/13-217.

9. 28 U.S.C. 1367(c) provides, in part, that district courts may decline to exercise supplemental jurisdiction when the district court has dismissed all claims over which it had original jurisdiction.

10. Plaintiff seeks an Order of this Court granting dismissal of this action without prejudice for lack of subject matter jurisdiction pursuant to 28 U.S.C. 1367(c).

11. In the alternative to a dismissal as requested in paragraph 10, plaintiff moves for voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, plaintiff, COMMERCE BANK, N.A., administrator of the Estate of

David Green, deceased, prays entry of an Order dismissing the above cause of action without prejudice for lack of subject matter jurisdiction pursuant to 28 U.S.C. §1367(c) or in the alternative entry of an Order for voluntary dismissal without prejudice pursuant to F.R.C.P. 41(a)(2) and for such additional relief as the Court finds equitable.

                                                        Commerce Bank N.A., Plaintiff

                                        By:       s/ James P. Ginzkey
                                                    James P. Ginzkey
                                                    Bar Number: 3124355
                                                    Attorney for Plaintiff
                                                    221 E. Washington St.
                                                    Bloomington, Illinois 61701
                                                    Telephone: (309)821-9707
                                                    Fax: (309)821-9708
                                                    E-mail: jim@jimginzkey.com

I:\CLIENTS\Green, David (Commerce Bank)\MotionVolDismissal.wpd

## PROOF OF SERVICE

I, James P. Ginzkey, hereby certify that on **June 25, 2008,** I served a copy of the following:

- **Motion for Dismissal Without Prejudice Pursuant to 28 U.S.C. 1367(c) or in the Alternative Pursuant to F.R.C.P. 41(a)(2)**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen L. McNaught
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
kmcnaught@atg.state.il.us

Terence J. Corrigan
Illinois Attorney General
500 S. Second St.
Springfield, IL 62706
tcorrigan@atg.state.il.us

Commerce Bank N.A., Plaintiff

By:     s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois  61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com