IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., | ) |
| Plaintiff, | ) |
| vs. | ) No. 06-CV-1103 |
| MICHAEL WIDGER, BRIAN GRAY, and CHRISTOPHER CARMICHAEL, | ) |
| Defendants. | ) |

**MOTION FOR AN ENLARGEMENT OF TIME**

COME NOW the defendants, Danny Leezer, Paul Gibson, Brian Gray, Christopher Carmichael, Michael Widger, and Kenneth Kedzior, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and move this honorable Court for an enlargement of time of one day in which to respond to plaintiff's motion to voluntarily dismiss without prejudice.

In support thereof, it is stated:

1. Plaintiff has moved to voluntarily dismiss this action without prejudice.

2. Defendants' response to plaintiff's motion is due on or about July 9, 2008.

3. Assistant Attorney General Karen L. McNaught is the primary attorney assigned to represent defendants in this matter.

4. Assistant Attorney General McNaught has been out of the office July 7-9 representing the State at a hearing before the Civil Service Commission.

5. The participation of Assistant Attorney General McNaught in the Civil Service Commission hearing was unplanned and was necessitated by the July 4, 2008, birth of the daughter of an Assistant Attorney General assigned to the case.

6   The birth was several weeks early and it had been anticipated that the assigned Assistant Attorney General would handle the case himself.

7.   Defendants will be able to respond to plaintiff's motion, if given an enlargement of time of one day.

8.   This motion is made in good faith in order to respond to plaintiff's motion and is not intended to cause undue delay.

WHEREFORE, defendants Danny Leezer, Paul Gibson, and Kenneth Kedzior, respectfully request that this honorable Court grant them an enlargement of one day, up to and including July 10, 2008, in which to respond to plaintiff's motion to voluntarily dismiss.

Respectfully submitted,

DANNY LEEZER, PAUL GIBSON, BRIAN GRAY, CHRISTOPHER CARMICHAEL, MICHAEL WIDGER and KENNETH KEDZIOR,

   Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

   Attorney for Defendants.

By: s/Terence J. Corrigan
   TERENCE J. CORRIGAN, #6191237
   on behalf of
   KAREN L. McNAUGHT, #6200462
   Assistant Attorney General
   500 South Second Street
   Springfield, IL  62706
   Telephone: 217/782-1841
   Facsimile: 217/782-8767
   E-Mail: tcorrigan@atg.state.il.us

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COMMERCE BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-CV-1103 |
| | ) | |
| MICHAEL WIDGER, BRIAN GRAY, | ) | |
| and CHRISTOPHER CARMICHAEL, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008, I electronically filed Motion for an Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Ginzkey
221 E. Washington Street
Bloomington, Illinois 61701
Jim@jimginzkey.com

Respectfully submitted,

s/Terence J. Corrigan
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, IL  62706
(217)782-1841
(217) 524-5091 (facsimile)
tcorrigan@atg.state.il.us