# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| COMMERCE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1103 |
| ) | |
| MICHAEL WIDGER, BRIAN GRAY, ) | |
| and CHRISTOPHER CARMICHAEL, ) | |
| DANNY LEEZER, PAUL GIBSON and ) | |
| KENNETH KEDZIOR, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Plaintiff, by its undersigned attorney, has no objection to defendants' motion for enlargement of time.

Commerce Bank N.A., Plaintiff

By:  s/ James P. Ginzkey
James P. Ginzkey
Bar Number: 3124355
Attorney for Plaintiff
221 E. Washington St.
Bloomington, Illinois 61701
Telephone: (309)821-9707
Fax: (309)821-9708
E-mail: jim@jimginzkey.com

**PROOF OF SERVICE**

I, James P. Ginzkey, hereby certify that on **July 10, 2008,** I served a copy of the following:

- **Plaintiff's Response to Defendants' Motion for an Enlargement of Time**

This document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Karen L. McNaught
        Illinois Attorney General
        500 S. Second St.
        Springfield, IL 62706

        Commerce Bank N.A., Plaintiff

        By:      s/ James P. Ginzkey
        James P. Ginzkey
        Bar Number: 3124355
        Attorney for Plaintiff
        221 E. Washington St.
        Bloomington, Illinois  61701
        Telephone: (309)821-9707
        Fax: (309)821-9708
        E-mail: jim@jimginzkey.com